Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*OF COUNSEL:*

Michael N. Kennedy
Megan P. Keane
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

*Attorneys for Plaintiffs Zoetis Inc. and Zoetis
Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ZOETIS INC. and ZOETIS SERVICES LLC,**<br><br>          **Plaintiffs,**<br><br>   v.<br><br>**ZYDUS LIFESCIENCES LIMITED, ZYDUS PHARMACEUTICALS (USA) INC. and ZYVET ANIMAL HEALTH INC.,**<br><br>          **Defendants.** | **Civil Action No. _____**<br><br>**(Filed Electronically)** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Zoetis Inc. and Zoetis Services LLC (collectively, "Zoetis"), by their undersigned attorneys, bring this action against Defendants Zydus Lifesciences Limited, Zydus Pharmaceuticals (USA) Inc., and ZyVet Animal Health Inc. (collectively, "ZyVet"), and hereby allege as follows:

**NATURE OF THE ACTION**

1.    This is a civil action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*, and in particular under 35 U.S.C. § 271. This action arises from ZyVet's submission of Abbreviated New Animal Drug Application ("ANADA") No. A-200847-A-0000-OT ("ZyVet's ANADA") to the United States Food and Drug Administration ("FDA"). Through ZyVet's ANADA, ZyVet seeks approval to market generic versions of Zoetis's Cerenia® (maropitant citrate) Injectable Solution (hereinafter, "ZyVet's Infringing ANADA Product"), prior to the expiration of United States Patent No. 8,183,230 ("the Patent-in-Suit" or "the '230 Patent").

**THE PARTIES**

2.    Plaintiff Zoetis Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 10 Sylvan Way, Parsippany, New Jersey 07054.

3.    Plaintiff Zoetis Services LLC is a limited liability company organized and existing under the laws of the State of Delaware, having a principal place of business at 10 Sylvan Way, Parsippany, New Jersey 07054.

4.    On information and belief, Zydus Lifesciences Limited is a corporation organized and existing under the laws of India, having a principal place of business at Zydus Corporate Park, Scheme No. 63, Survey No. 536, Khoraj (Gandhinagar), Nr. Vaishnodevi Circle, S.G. Highway, Ahmedabad 382 481, India.

5.    On information and belief, Zydus Pharmaceuticals (USA) Inc. is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 73 Route 31 North, Pennington, New Jersey 08534.

6. On information and belief, Zydus Pharmaceuticals (USA) is a wholly-owned subsidiary of Zydus Lifesciences Limited.

7. On information and belief, ZyVet Animal Health Inc. is a corporation organized and existing under the laws of New Jersey, having a principal place of business at 73B Route 31 North, Pennington, New Jersey 08534.

8. On information and belief, ZyVet Animal Health Inc. is a wholly-owned subsidiary of Zydus Pharmaceuticals (USA) Inc.

9. On information and belief, ZyVet Animal Health Inc., in collaboration with Zydus Pharmaceuticals (USA) Inc. and Zydus Lifesciences Limited, prepared and submitted ZyVet's ANADA and continues to seek FDA approval of that application.

10. On information and belief, ZyVet intends to commercially manufacture, market, offer for sale, and sell the products described in ZyVet's ANADA throughout the United States, including in the State of New Jersey, in the event FDA approves ZyVet's ANADA.

## JURISDICTION AND VENUE

11. This civil action for patent infringement arises under the patent laws of the United States, including 35 U.S.C. § 271, and alleges infringement of the Patent-in-Suit.

12. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1338, 2201, and 2202.

13. This Court has personal jurisdiction over Zydus Pharmaceuticals (USA) Inc. and ZyVet Animal Health Inc. at least because each of these entities is incorporated in New Jersey and has its principal place of business in New Jersey.

14. This Court also has personal jurisdiction over each of the Defendants because, *inter alia*, this action arises from actions of each Defendant directed toward New Jersey and, on information and belief, each Defendant has continuous and systematic contacts with the State of

3

New Jersey, regularly conducts business in the State of New Jersey, either directly or through one or more wholly owned subsidiaries, agents, and/or alter egos, has purposefully availed itself of the privilege of doing business in the State of New Jersey, and intends to sell ZyVet's Infringing ANADA Product in the State of New Jersey in the event FDA approves ZyVet's ANADA.

15. On information and belief, ZyVet is in the business of, *inter alia*, developing, manufacturing, obtaining regulatory approval, marketing, selling, and/or distributing generic versions of branded animal drug products throughout the United States, including within the State of New Jersey, through its own actions and through the actions of its agents and subsidiaries, from which ZyVet derives a substantial portion of its revenue.

16. On information and belief, ZyVet, through its own actions and through the actions of its agents and subsidiaries, has engaged in the research and development, and the preparation and filing, of ZyVet's ANADA, continues to seek FDA approval of this ANADA, intends to engage in the commercial manufacture, marketing, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Product throughout the United States, including within the State of New Jersey, and stands to benefit from the approval of ZyVet's ANADA.

17. On information and belief, following FDA approval of ZyVet's ANADA, ZyVet intends to manufacture, market, offer to sell, sell, import, and/or distribute ZyVet's Infringing ANADA Product throughout the United States and within the State of New Jersey, that will, as explained below, infringe the Patent-in-Suit protecting Cerenia® Injectable Solution. On information and belief, following FDA approval of ZyVet's ANADA, ZyVet knows and intends that ZyVet's Infringing ANADA Product will be marketed, used, distributed, offered for sale, and/or sold in the United States and within the State of New Jersey.

4

18.     ZyVet has purposefully availed itself of the privilege of doing business in the State of New Jersey by placing goods into the stream of commerce for distribution throughout the United States and within the State of New Jersey, and/or by selling, directly or through its agents, pharmaceutical and/or animal drug products in the State of New Jersey. On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Product would, *inter alia*, be manufactured, marketed, distributed, offered for sale, and/or sold in, or imported into, the State of New Jersey, prescribed by veterinarians practicing in New Jersey, dispensed within New Jersey, and/or administered in New Jersey, all of which would have a substantial effect on New Jersey.

19.     This Court also has personal jurisdiction over ZyVet because ZyVet has committed, or aided, abetted, contributed to, and/or participated in the commission of, acts of patent infringement that will lead to foreseeable harm and injury to Zoetis because Zoetis and/or its affiliates manufacture Cerenia® Injectable Solution for sale and use throughout the United States, including in this Judicial District. On information and belief, ZyVet filed and/or caused to be filed ZyVet's ANADA with a Paragraph IV Certification, which was purposefully directed to the State of New Jersey, where Zoetis and/or its affiliates sell Cerenia® Injectable Solution. As a result, the consequences of ZyVet's actions were, and will be, suffered in the State of New Jersey. ZyVet knew or should have known that the consequences of its actions were, and will be, suffered in the State of New Jersey. When ZyVet sent notice of the Paragraph IV Certification, it was reasonably foreseeable that ZyVet would be sued within 45 days in this Judicial District. On information and belief, ZyVet's actions will injure Zoetis by displacing at least some of Zoetis's sales of Cerenia® Injectable Solution in this Judicial District, as well as resulting in price erosion and loss of goodwill with the purchasers and distributors of Cerenia® Injectable Solution in this Judicial District.

20.     Zydus Pharmaceuticals (USA) and Zydus Lifesciences Limited have engaged in patent litigation concerning FDA-approved drug products in this Judicial District, have consented to personal jurisdiction and venue in such litigation in this Judicial District, and have purposefully availed themselves of the rights and benefits of this Court by asserting claims and/or counterclaims in this Court. *See, e.g.*, *Supernus Pharmaceuticals Inc. v. Zydus Lifesciences Global FZE, et al.*, Civil Action No. 26-03543 (MEF)(MAH), D.I. 6 at 4, 6–14, 48–57 (D.N.J. Apr. 14, 2026); *Mitsubishi Tanabe Pharma Corporation v. Zydus Pharmaceuticals (USA) Inc., et al.*, Civil Action No. 25-18032 (CCC)(LDW), D.I. 11 at 9–10, 12–13, 39–57 (D.N.J. Mar. 9, 2026); *Genentech, Inc., et al. v. Natco Pharma Limited, et al.*, Civil Action No. 25-17100 (BRM)(JSA), D.I. 11 at 7–13, 15–16, 32–36 (D.N.J. Dec. 4, 2025).

21.     In the alternative, this Court has personal jurisdiction over Zydus Lifesciences Limited pursuant to Federal Rule of Civil Procedure 4(k)(2) because (a) Plaintiffs' claims arise under federal law, (b) Zydus Lifesciences Limited is a foreign defendant not subject to general personal jurisdiction in the courts of any state, and (c) Zydus Lifesciences Limited has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting ANDAs and ANADAs to the FDA and/or manufacturing, importing, offering to sell, and/or selling pharmaceutical and animal drug products that are distributed throughout the United States, such that this Court's exercise of jurisdiction over Zydus Lifesciences Limited satisfies due process.

22.     Venue is proper in this Judicial District for Zydus Lifesciences Limited pursuant to 28 U.S.C. §§ 1391 and 1400(b) because, *inter alia*, Zydus Lifesciences Limited is a corporation organized and existing under the laws of the Republic of India and may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).

23.    Venue is proper in this Judicial District for ZyVet Animal Health Inc. and Zydus Pharmaceuticals (USA) Inc. pursuant to 28 U.S.C. §§ 1391 and 1400(b) because, *inter alia*, both are corporations organized and existing under the laws of the State of New Jersey and both have a regular and established place of business in New Jersey and committed acts of infringement in New Jersey.

## ZOETIS'S APPROVED CERENIA® INJECTABLE SOLUTION AND PATENT-IN-SUIT

24.    Zoetis makes and sells Cerenia® (maropitant citrate) Injectable Solution ("Cerenia®"), a product that is indicated for the prevention and treatment of acute vomiting in dogs and for the treatment of vomiting in cats.

25.    The active ingredient in Cerenia® is maropitant, a neurokinin ($NK_1$) receptor antagonist that blocks the pharmacological action of substance P in the central nervous system (CNS).

26.    Plaintiff Zoetis Inc. is the holder of New Animal Drug Application ("NADA") No. 141-263 for Cerenia® Injectable Solution. FDA approved NADA No. 141-263 for Cerenia® Injectable Solution on January 29, 2007 and approved supplements to NADA No. 141-263 on May 16, 2012 and January 11, 2016.

27.    Cerenia® Injectable Solution and one or more of its approved uses are covered by one or more claims of the Patent-in-Suit.

28.    The Patent-in-Suit is listed in FDA's *Approved Animal Drug Products* (an FDA publication commonly known as the "Green Book") in connection with NADA No. 141-263.

29.    Plaintiff Zoetis Services LLC, as the assignee, owns the entire right, title, and interest in the Patent-in-Suit.

30.    Zoetis has the right to enforce the Patent-in-Suit.

31. The '230 Patent is entitled "Antimicrobial Preservatives to Achieve Multi-Dose Formulation Using Beta-Cyclodextrins for Liquid Dosage Forms." The '230 Patent was duly and legally issued on May 22, 2012. A true and correct copy of the '230 Patent is attached as Exhibit A.

**ZyVet's ANADA**

32. On information and belief, ZyVet has submitted or caused to be submitted ZyVet's ANADA to FDA under 21 U.S.C. § 360b(n) to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of the maropitant citrate injectable solution described therein, as a purported generic version of Cerenia® Injectable Solution, prior to the expiration of the Patent-in-Suit.

33. On information and belief, ZyVet's Infringing ANADA Product is an injectable solution that comprises malopitant as the active pharmaceutical ingredient.

34. On information and belief, FDA has not yet approved ZyVet's ANADA.

35. On information and belief, by letter dated March 19, 2026, ZyVet notified Zoetis that ZyVet had submitted ZyVet's ANADA (the "Notice Letter"). The Notice Letter represented that ZyVet had submitted ZyVet's ANADA to FDA with a purported Paragraph IV Certification pursuant to 21 U.S.C. § 360b(n)(1)(H)(iv) (Section 512(n)(1)(H)(iv) of the Federal Food, Drug and Cosmetic Act). On information and belief, ZyVet submitted ZyVet's ANADA to FDA to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of ZyVet's Infringing ANADA Product before the expiration of the patent listed in the Green Book for Cerenia® Injectable Solution. Hence, ZyVet's purpose in submitting ZyVet's ANADA is to obtain FDA approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation into the United States of ZyVet's Infringing ANADA Product before the expiration of the Patent-in-Suit.

8

36.    The Notice Letter states that the Paragraph IV Certification in ZyVet's ANADA alleges that ZyVet's Infringing ANADA Product will not infringe any valid and enforceable claim of the Patent-in-Suit.

37.    The Notice Letter contains a purported detailed statement of the factual and legal basis for ZyVet's contention that the importation, manufacture, use, sale of, or offer to sell within the United States of ZyVet's Infringing ANADA Product would not "infringe any valid and enforceable claim" of the Patent-in-Suit.

38.    The Notice Letter did not contain any offer of confidential access to ZyVet's ANADA.

39.    The Notice Letter did not disclose the inactive ingredients contained in ZyVet's Infringing ANADA Product.

40.    On information and belief, ZyVet, through its own actions and through the actions of its agents and subsidiaries, has assisted with and participated in the preparation and submission of ZyVet's ANADA, has provided material support to the preparation and submission of ZyVet's ANADA, and intends to support the further prosecution of ZyVet's ANADA.

41.    On information and belief, if FDA approves ZyVet's ANADA, ZyVet will manufacture, use, offer to sell, and/or sell ZyVet's Infringing ANADA Product within the United States, including within the State of New Jersey, and/or will import ZyVet's Infringing ANADA Product into the United States, including into the State of New Jersey.

42.    Alternatively, on information and belief, if FDA approves ZyVet's ANADA, ZyVet will actively induce or contribute to the manufacture, use, offer to sell, and/or sale of ZyVet's Infringing ANADA Product within the United States, including within the State of New

9

Jersey, and/or will actively induce or contribute to the importation of ZyVet's Infringing ANADA Product into the United States, including into the State of New Jersey.

43.    Zoetis brings this action pursuant to 21 U.S.C. § 360b(c)(2)(D)(iii) within forty-five days of receipt of the Notice Letter.

## COUNT 1
## INFRINGEMENT OF THE '230 PATENT

44.    Zoetis incorporates by reference paragraphs 1–43 as if fully set forth herein.

45.    On information and belief, ZyVet has submitted or caused the submission of ZyVet's ANADA to FDA and continues to seek FDA approval of ZyVet's ANADA.

46.    ZyVet has infringed the '230 Patent under 35 U.S.C. § 271(e)(2)(B) by submitting ZyVet's ANADA with a Paragraph IV Certification and seeking FDA approval of ZyVet's ANADA prior to the expiration of the '230 Patent.

47.    Claim 1 of the '230 Patent recites

A parenteral pharmaceutical composition with injection site toleration comprising a therapeutically effective amount of a compound of Formula (1a),

(Ia)

10

or a pharmaceutically acceptable salt thereof, a β-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient, wherein the preservative demonstrates pharmaceutically acceptable antimicrobial preservative effectiveness and is selected from the group consisting of thimerosal, propylene glycol, phenol, or meta-cresol.

48.    Claims 2–6 recite specific β-cyclodextrins, preservatives, pharmaceutically acceptable salts, and concentration ranges for the claimed components.

49.    Claim 7 of the '230 Patent recites

A method for the treatment of emesis in an animal comprising administering to said animal a composition according to claim **1**.

50.    ZyVet's commercial manufacture, use, offer for sale, and/or sale within the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Product would directly infringe, or would actively induce or contribute to infringement of, the '230 Patent, either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a), (b), and (c). Accordingly, unless enjoined by this Court, upon FDA approval of ZyVet's ANADA, ZyVet will make, use, offer for sale, and/or sell ZyVet's Infringing ANADA Product within the United States, and/or will import ZyVet's Infringing ANADA Product into the United States, and will thereby infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '230 Patent.

51.    On information and belief, ZyVet's Infringing ANADA Product comprises a parenteral pharmaceutical composition with injection site toleration comprising a therapeutically effective amount of maropitant or a pharmaceutically acceptable salt thereof, a β-cyclodextrin, a pharmaceutically acceptable preservative demonstrating pharmaceutically acceptable antimicrobial preservative effectiveness, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient.

11

52.     On information and belief, the pharmaceutically acceptable preservative in ZyVet's Infringing ANADA Product is selected from the group consisting of thimerosal, propylene glycol, phenol, or meta-cresol, or is equivalent to these preservatives. ZyVet's Notice Letter asserted that its formulation does not contain a preservative "selected from the group consisting of" four preservatives, but did not disclose the inactive ingredients in its formulation, nor did ZyVet offer to provide Zoetis with confidential access to its ANADA.

53.     On information and belief, upon FDA approval of ZyVet's ANADA, ZyVet, through its own actions and through the actions of its agents and subsidiaries, will market and distribute ZyVet's Infringing ANADA Product to resellers, pharmacies, veterinary hospitals and other clinics, veterinarians and other animal healthcare professionals, and end users. On information and belief, ZyVet will also knowingly and intentionally accompany ZyVet's Infringing ANADA Product with a product label and product insert that will include instructions for using or administering ZyVet's Infringing ANADA Product. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Product will include instructions that are substantially similar to the instructions found in the prescribing information for Cerenia® Injectable Solution, attached as Exhibit B, and which, if followed, will infringe one or more claims of the '230 Patent. Accordingly, ZyVet will induce veterinarians and other animal healthcare professionals, resellers, pharmacies, and end users to directly infringe one or more claims of the '230 Patent. In addition, on information and belief, ZyVet will encourage acts of direct infringement with knowledge of the '230 Patent and knowledge that it is encouraging infringement.

54.     ZyVet had actual and constructive notice of the '230 Patent prior to filing ZyVet's ANADA and was aware that the filing of ZyVet's ANADA with the request for FDA approval prior to the expiration of the '230 Patent would constitute an act of infringement of the '230 Patent.

55.     Zoetis will be irreparably harmed if ZyVet is not enjoined from infringing, and from actively inducing and contributing to the infringement of the '230 Patent. Zoetis does not have an adequate remedy at law, and considering the balance of hardships between Zoetis and ZyVet, a remedy in equity is warranted. Further, the public interest would not be disserved by the entry of a permanent injunction.

## COUNT 2
## DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '230 PATENT

56.     Zoetis incorporates by reference paragraphs 1–55 as if fully set forth herein.

57.     Zoetis 's claims also arise under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

58.     The '230 Patent includes claims that recite a parenteral pharmaceutical composition with injection site toleration comprising a therapeutically effective amount of maropitant or a pharmaceutically acceptable salt thereof, a β-cyclodextrin, a pharmaceutically acceptable vehicle, an optional pharmaceutically acceptable excipient, and a pharmaceutically acceptable preservative demonstrating pharmaceutically acceptable antimicrobial preservative effectiveness selected from the group consisting of thimerosal, propylene glycol, phenol, or meta-cresol. The claims further recite specific β-cyclodextrins, preservatives, pharmaceutically acceptable salts, concentration ranges for the claimed components, and methods of treating emesis in an animal comprising administering such compositions to said animal.

59.     On information and belief, ZyVet's Infringing ANADA Product comprises a parenteral pharmaceutical composition with injection site toleration comprising a therapeutically

effective amount of maropitant or a pharmaceutically acceptable salt thereof, a β-cyclodextrin, a pharmaceutically acceptable preservative demonstrating pharmaceutically acceptable antimicrobial preservative effectiveness, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient.

60. On information and belief, the pharmaceutically acceptable preservative in ZyVet's Infringing ANADA Product is selected from the group consisting of thimerosal, propylene glycol, phenol, or meta-cresol, or is equivalent to these preservatives. ZyVet's Notice Letter asserted that its formulation does not contain a preservative "selected from the group consisting of" four preservatives, but did not disclose the inactive ingredients in its formulation, nor did ZyVet offer to provide Zoetis with confidential access to its ANADA.

61. On information and belief, if ZyVet's ANADA is approved, ZyVet's Infringing ANADA Product will be made, offered for sale, sold, used, and/or otherwise distributed in the United States, including in the State of New Jersey, and/or will be imported into the United States, including the State of New Jersey, by or through ZyVet and its affiliates. ZyVet will therefore directly infringe one or more claims of the '230 Patent either literally or under the doctrine of equivalents. *See* 35 U.S.C. § 271(a).

62. On information and belief, ZyVet knows that veterinarians, other animal healthcare professionals, and/or end users will use ZyVet's Infringing ANADA Product in accordance with the labeling sought by ZyVet's ANADA. On information and belief, the product label and product insert accompanying ZyVet's Infringing ANADA Product will include instructions that are substantially similar to the instructions found in the prescribing information for Cerenia® Injectable Solution, which, if followed, will infringe one or more claims of the '230 Patent. ZyVet will therefore contribute to, or induce, the infringement of one or more claims of the '230 Patent

14

either literally or under the doctrine of equivalents under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

63.    On information and belief, ZyVet's infringing activity, including the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Product complained of herein, will begin immediately after FDA approves ZyVet's ANADA. Any such conduct before the '230 Patent expires will directly infringe, contribute to the infringement of, or induce the infringement of one or more claims of the '230 Patent under one or more of 35 U.S.C. §§ 271(a), (b), (c), and (e).

64.    As a result of the foregoing facts, there is a real, substantial, and continuing justiciable controversy between Zoetis and ZyVet concerning liability for the infringement of the '230 Patent for which this Court may grant declaratory relief consistent with Article III of the United States Constitution.

65.    Zoetis will be substantially and irreparably harmed by ZyVet's infringing activities unless those activities are enjoined by this Court. Zoetis has no adequate remedy at law.

## REQUEST FOR RELIEF

WHEREFORE, Zoetis respectfully requests the following relief:

(a)    The entry of a judgment, in favor of Zoetis and against ZyVet, that ZyVet's submission of ZyVet's ANADA to FDA seeking approval for the commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Product before the expiration of the Patent-in-Suit was an act of infringement of one or more claims of the Patent-in-Suit under 35 U.S.C. § 271(e)(2)(B);

(b)    The entry of a declaratory judgment, in favor of Zoetis and against ZyVet, declaring that ZyVet's commercial manufacture, use, offer for sale, and/or sale in the United States, and/or importation into the United States, of ZyVet's Infringing ANADA Product, or inducing or

contributing to such conduct, would constitute infringement of one or more claims of the Patent-in-Suit by ZyVet under one or more of 35 U.S.C. §§ 271(a), (b), and (c);

(c)    The entry of preliminary and/or permanent injunctions enjoining ZyVet and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity with ZyVet, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling ZyVet's Infringing ANADA Product within the United States, or importing ZyVet's Infringing ANADA Product into the United States, or inducing or contributing to such conduct, until the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Zoetis is or becomes entitled;

(d)    The entry of a permanent injunction, pursuant to 35 U.S.C. § 271(e)(4)(B), restraining and enjoining ZyVet and its officers, directors, agents, servants, employees, parents, subsidiaries, affiliates, other related business entities, and all other persons and entities acting in concert, participation, or in privity with ZyVet, and its successors or assigns, from commercially manufacturing, using, offering to sell, or selling ZyVet's Infringing ANADA Product within the United States, or importing ZyVet's Infringing ANADA Product into the United States, or inducing or contributing to such conduct, until the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Zoetis is or becomes entitled;

(e)    The entry of an order, pursuant to 35 U.S.C. § 271(e)(4)(A), that the effective date of any FDA approval of ZyVet's ANADA shall be a date that is not earlier than the expiration date of the Patent-in-Suit, including any extensions or regulatory exclusivities, or any later expiration of exclusivity to which Zoetis is or becomes entitled;

16

(f)    A declaration under 28 U.S.C. § 2201 that if ZyVet, its officers, directors, agents, servants, employees, representatives, attorneys, parents, subsidiaries, affiliates, other related business entities, or other persons or entities acting or attempting to act in concert, participation, or in privity with ZyVet, or acting on any ZyVet's behalf, engages in the commercial manufacture, use, offer for sale, or sale in the United States, or importation into the United States, of ZyVet's Infringing ANADA Product, then it will constitute an act of direct or indirect infringement of the Patent-in-Suit;

(g)    An award of damages or other relief, pursuant to 35 U.S.C. § 271(e)(4)(C), if ZyVet engages in the commercial manufacture, use, offer for sale, sale, and/or importation of ZyVet's Infringing ANADA Product, or any product that infringes the Patent-in-Suit, or induces or contributes to such conduct, prior to the expiration of such patent, including any extensions or regulatory exclusivities;

(h)    The entry of judgment declaring that ZyVet's acts render this case an exceptional case and awarding Zoetis its attorneys' fees pursuant to 35 U.S.C. §§ 271(e)(4) and 285;

(i)    An award to Zoetis of its costs and expenses in this action; and

(j)    Such other and further relief this Court deems just and proper.

Dated: May 1, 2026

OF COUNSEL:

Michael N. Kennedy
Megan P. Keane
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/  Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Zoetis Inc. and Zoetis Services LLC*

17

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1

Pursuant to Local Civil Rules 11.2 and 40.1, I hereby certify that the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: May 1, 2026

*OF COUNSEL:*

Michael N. Kennedy
Megan P. Keane
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
Tel: (202) 662-6000

s/ Charles M. Lizza
Charles M. Lizza
Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Zoetis Inc. and Zoetis Services LLC*

18

# EXHIBIT A

US008183230B2

## (12) United States Patent
### Adami et al.

(10) **Patent No.:**     **US 8,183,230 B2**
(45) **Date of Patent:**      **May 22, 2012**

(54) **ANTIMICROBIAL PRESERVATIVES TO ACHIEVE MULTI-DOSE FORMULATION USING BETA-CYCLODEXTRINS FOR LIQUID DOSAGE FORMS**

(75) Inventors: **Roger C. Adami**, Snohomish, WA (US); **Frederick David**, Sandwich (GB); **Julia Ann Wood**, Sprague, CT (US)

(73) Assignees: **Pfizer Inc.**, New York, NY (US); **Pfizer Products Inc.**, Groton, CT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 730 days.

(21) Appl. No.: **10/588,070**

(22) PCT Filed: **Jan. 17, 2005**

(86) PCT No.: **PCT/IB2005/000100**
§ 371 (c)(1),
(2), (4) Date: **Dec. 13, 2006**

(87) PCT Pub. No.: **WO2005/082416**
PCT Pub. Date: **Sep. 9, 2005**

(65) **Prior Publication Data**
US 2007/0155697 A1      Jul. 5, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/540,897, filed on Jan. 30, 2004.

(51) **Int. Cl.**
*A01N 43/04*      (2006.01)
(52) **U.S. Cl.** ......................................... **514/58**; 514/305
(58) **Field of Classification Search** .................. 514/305, 514/58
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,393,762 A | 2/1995 | Desai | |
| 5,807,867 A | 9/1998 | Ito | |
| 5,886,009 A | 3/1999 | Ito | |
| 5,939,433 A | 8/1999 | Ito | |
| 6,222,038 B1 | 4/2001 | Ito | |
| 6,255,320 B1 | 7/2001 | Quallich | |
| 6,861,526 B2 | 3/2005 | Seemayer | |
| 7,163,681 B2 * | 1/2007 | Giles-Komar et al. | .... 424/144.1 |
| 2003/0139443 A1 * | 7/2003 | Bronk et al. | .................. 514/305 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2 483 774 | 12/2003 |
| CA | 2 490 735 | 12/2003 |
| EP | 0119737 | 9/1984 |
| JP | 59-152320 | 8/1984 |
| WO | WO00/12137 | 3/2000 |
| WO | WO01/01955 | 1/2001 |
| WO | WO03/009848 | 2/2003 |
| WO | WO03/072141 | 4/2003 |
| WO | WO03/080079 | 10/2003 |
| WO | WO2005/075473 | 8/2005 |
| WO | WO2005/082366 | 9/2005 |
| WO | WO2005/082419 | 9/2005 |

#### OTHER PUBLICATIONS

Ono et al. Determination of stability constant of β-cyclodextrin complexes using the membrane permeation technique and the permeation behavior of drug-competing agent—β-cyclodextrin ternary systems, European Journal of Pharmaceutical Sciences, vol. 8 pp. 133-139, 1999.*

(Continued)

*Primary Examiner* — Jeffrey S. Lundgren
*Assistant Examiner* — Ibrahim D Bori
(74) *Attorney, Agent, or Firm* — Paul M. Misiak

(57) **ABSTRACT**

The present invention is directed to pharmaceutical compositions containing a therapeutically effective amount of an Active Pharmaceutical Ingredient ("API"), a pharmaceutically acceptable cyclodextrin and a pharmaceutically acceptable preservative. The invention is also directed to pharmaceutical compositions of the compounds of Formula (I) wherein $R^2$ is selected from the group consisting of methyl, ethyl, isopropyl, sec-butyl and tert-butyl and a pharmaceutically acceptable cyclodextrin and preservative. Formula (I): In particular, the invention is directed to pharmaceutical compositions of the compound of Formula 1*a*, and a pharmaceutically acceptable cyclodextrin and a preservative.



(I)

(Ia)

**7 Claims, 4 Drawing Sheets**

**US 8,183,230 B2**

Page 2

OTHER PUBLICATIONS

Hesketh et al., Randomized Phase II Study of the Neurokinin 1 receptor Antagonist CJ-11,974 in the Control of Cisplatin-Induced Emesis, Jan. 1999, Journal of Clinical Oncology vol. 17, No. 1 pp. 338-343.*

Lehner S J et al, J of Pharm. and Pharmacol., "Effect of Hydroxypropyl-B-cylodextrin on the Antimicrobial Action of Preservatives," vol. 46, pp. 186-191, 1994.

* cited by examiner

**U.S. Patent**          May 22, 2012          Sheet 1 of 4          US 8,183,230 B2

FIGURE 1



Figure 1: Saturated meta-cresol solutions were prepared in varying amounts of SBE-CD and drug. The samples were filtered and the concentration of preservative in solution was measured. Meta-cresol concentration showed linear increase as SBE-CD was increased. The concentration of drug did not significantly alter the solubility of m-cresol in SBE-CD.

**FIGURE 2**



Figure 2: Compound of Formula Ia concentration vs. time at 1, 0.5, and 0.25mM compound of Formula Ia, fit to Equation 11 using Scientist software. Compound of Formula Ia was loaded to the donor side of the dialysis cell. The concentration of drug in the donor and accepter side is presented against time. The drug reaches equilibrium in ~48 hours.



S. Aureus log reduction presented as a function of calculated non-sequestered quantity of metacresol in the formulation

S. Aureus log reduction presented as a function of total quantity of metacresol in the formulation

Figure 3: comparison between bacterial efficacy as a function total quantity of metacresol and as a function of calculated sequestered metacresol for S. Aureus at 6h and 24h time points. The full circles are data corresponding to formulations containing a total of 2.95 to 3.15 mg/mL meta-cresol.



Figure 4: Formulation window to guaranty preservative effectiveness according to Pharm. Eur. Criteria A, no pain on injection, less than 3.5mg/mL meta-cresol, less than 80 mg/mL SBE-CD

US 8,183,230 B2

**1**

## ANTIMICROBIAL PRESERVATIVES TO ACHIEVE MULTI-DOSE FORMULATION USING BETA-CYCLODEXTRINS FOR LIQUID DOSAGE FORMS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is the national phase of international application PCT/1132005/000100, filed Jan. 17, 2005, which claims the benefit of U.S. Provisional Patent Application 60/540,897, filed Jan. 30, 2004, hereby incorporated by reference in its entirety.

### FIELD OF INVENTION

The present invention is directed to pharmaceutical compositions containing a therapeutically effective amount of an Active Pharmaceutical Ingredient ("API"), a pharmaceutically acceptable cyclodextrin and a pharmaceutically acceptable preservative. The invention is also directed to pharmaceutical compositions of the compounds of Formula I, wherein $R^2$ is selected from the group consisting of methyl, ethyl, isopropyl, sec-butyl and tert-butyl and a pharmaceutically acceptable cyclodextrin and preservative.

I

In particular, the invention is directed to pharmaceutical compositions of the compound of Formula Ia, and a pharmaceutically acceptable cyclodextrin and a preservative.

Ia

**2**

The invention is further directed to improving injection site toleration of injectable aqueous solutions comprising the compound of Formula I, or its pharmaceutically acceptable salts, a β-cyclodextrin and a preservative.

The invention is also directed to a method of developing a preserved API composition.

### BACKGROUND OF INVENTION

Administering neurokinin receptor antagonists, including the compounds of Formula I and Ia, present various problems with regard to injection site tolerance (e.g., irritability of subject, irritation, inflammation, swelling, and/or redness of the site). Although there have been numerous studies with regard to improving injection site tolerance through the use of various substances, none of these studies, however, have focused on neurokinin receptor antagonist administration.

The compounds of Formula I or Ia are the subject of U.S. Pat. Nos. 5,807,867, 6,222,038 and 6,255,320. The preparation of compounds of Formula I and Ia are described therein. The compound of Ia may also be prepared as described in the co-pending U.S. provisional application No. 60/541,323, commonly owned and assigned to Pfizer, Inc. U.S. Pat. No. 5,393,762 also describes pharmaceutical compositions and treatment of emesis using NK-1 receptor antagonists. Co-pending U.S. provisional application No. 60/540,697, commonly owned and assigned to Pfizer, Inc., describes a method of improving anesthesia recovery in patients by administering the compound of Formula I or Ia. The text of the aforementioned applications, patents and all other references cited in this specification are hereby incorporated by reference in their entirety.

The compound of Formula Ia is a basic drug with two amine functional groups, a secondary amine with a pKa of 4.43 and a tertiary amine with a pKa of 9.31. The citrate salt of the compound of Formula Ia has a solubility of 2.7 mg/mL at a pH of 4.2 in 0.02 M phosphate/0.02 M acetate buffered solution. The desired 10 mgA/mL solubility could be obtained by the addition of salts (e.g. NaCl, $CaCl_2$ or sodium acetate), using a partially-aqueous, oleaginous, or micellar vehicle, or adding a modified, parenterally acceptable cyclodextrin. Generally, however, it was observed that formulations containing cyclodextrins provided improved injection site toleration over other approaches to increasing solubility.

Assuring adequate solubility of a pharmaceutical drug in parenteral formulations is crucial, especially when the drug has low aqueous solubility. pH modification of the solution, drug salt form selection, and the use of co-solvents are common approaches used to achieve adequate solubility. A typical approaches involve excipients, such as complexation agents.

Cyclodextrin may enhance solubility by forming an inclusion complex with the drug molecule whereby the insoluble/hydrophobic drug is inserted into the hydrophobic cavity of the cyclodextrin. The outer hydrophilic shell of the cyclodextrin molecule then enhances solubility of the entire complex. Standard terminology for cyclodextrin complexation identifies the cyclodextrin as a "host" molecule and the drug as a "guest" molecule. Unfortunately, the cyclodextrin used to form the inclusion complex may also bind preservatives, inactivating many poorly water-soluble preservatives.

Sulfobutylether-βcyclodextrin (hereinafter "SBE-CD") was found to be effective at both increasing the solubility of compound of Formula Ia and ameliorating injection site reactions. Unfortunately, investigation determined that SBE-CD formed complexes with both antimicrobial preservative (e.g.

US 8,183,230 B2

**3**

meta-cresol) and the compound of Formula Ia, resulting in competitive binding interactions and, in general, antimicrobial ineffectiveness.

Consequently, it was necessary to obtain an optimal balance between a sufficient concentration of cyclodextrin (e.g., SBE-CD) and antimicrobial preservative (e.g. meta-cresol). While a lower concentration of SBE-CD would increase antimicrobial preservative efficacy, this advantage would be off-set, however, by a decrease in acceptable injection site toleration ("IST"). These competing performance characteristics necessitated balancing antimicrobial preservative efficacy (criteria A) and acceptable injection-site-toleration for the product.

Co-pending U.S. provisional application No. 60/540,644, contemporaneously filed with the present application and assigned to and owned by Pfizer Inc., describes a method of improving injection site toleration during the parenteral administration of a composition containing the compound of Formula I and cyclodextrin. A cyclodextrin-compatible preservative was also identified, providing desirable multi-use dosing options. Preferably, meta-cresol is used in the formulation to prevent bacterial and fungal development in the formulation during the proposed extended in-use period.

### SUMMARY OF INVENTION

In one aspect, the invention is directed to a pharmaceutical composition comprising a therapeutically effective amount of an Active Pharmaceutical Ingredient (API), a $\beta$-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient, wherein the preservative demonstrates pharmaceutically acceptable antimicrobial preservative effectiveness.

In a preferred embodiment, the $\beta$-cyclodextrin is 2-hydroxypropyl-$\beta$-cyclodextrin or sulfobutyl ether-$\beta$-cyclodextrin, preferably sulfobutyl ether-$\beta$-cyclodextrin.

In another embodiment, the pharmaceutically acceptable preservative is selected from thimerosal, propylene glycol, phenol, or meta-cresol or a combination thereof. Preferably the preservative is meta-cresol. Preferably, the concentration of preservative is about 0.1 mg/mL to about 600 mg/mL. Preferably, the preservative is meta-cresol and is in a concentration of about 0.1 mg/mL to about 20 mg/mL.

In a preferred embodiment, the pharmaceutical composition has a pH in the range of about 3 to about 6.

In a preferred embodiment, the preservative has a binding value to the cyclodextrin that is less than a binding value of the API to cyclodextrin. Preferably, the binding value of the API to cyclodextrin is between $500$ $M^{-1}$ and $10,000$ $M^{-1}$. Preferably, the binding value of the API to cyclodextrin is between $800$ $M^{-1}$ and $3,000$ $M^{-1}$.

In another embodiment, the Active Pharmaceutical Ingredient has a greater than or equal to two-fold binding constant with cyclodextrin over that of the preservative. In a preferred embodiment, the binding constant is greater than or equal to five-fold. In a more preferred embodiment, the binding constant is greater than or equal to ten-fold.

In a preferred embodiment, about 1 mg/mL to about 5 mg/mL of the preservative, preferably meta-cresol, is unsequestered in the cyclodextrin. Preferably, about 2.5 mg/mL of the preservative, preferably meta-cresol, is unsequestered in the cyclodextrin.

In a preferred embodiment, the pharmaceutical composition has an antimicrobial effectiveness against bacteria such that the bacteria concentration decreases at a 2 or greater log reduction after 6 hours, a 3 or greater log reduction after 24

**4**

hours, and zero recovery of bacteria after 28 days. Preferably, the bacteria are selected from *Escherichia coli* (bacteria, gram negative)(ATCC8739), *Pseudomonas aeruginosa* (bacteria, gram negative)(ATCC9027) or *Staphylococcus auereus* (bacteria, gram positive)(ATCC6538).

In a preferred embodiment, the pharmaceutical composition has an antimicrobial effectiveness against a fungus or mold such that the fungus or mold concentration decreases at a 2 or greater log reduction after 7 days, a 1 log reduction after 14 days, and no increase in fungus or mold after 14 days to about 28 days. Preferably, the fungus is *Candida albicans* (fungus)(ATCC 10231) and the mold is *Aspergillus niger* (mold)(ATCC 16404).

In a preferred embodiment, the pharmaceutical composition has an antimicrobial effectiveness that satisfies Pharmaceopia Europa Criteria A and B and USP AET criteria.

In another aspect, the invention is directed to a pharmaceutical composition comprising a compound of Formula I as Active Pharmaceutical Ingredient,

I

or its pharmaceutically acceptable salts, wherein $R^2$ is selected from the group consisting of methyl, ethyl, isopropyl, secbutyl and tertbutyl, preferably tert-butyl, a pharmaceutically acceptable $\beta$-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle and an optional pharmaceutically acceptable excipient.

Preferably, the $\beta$-cyclodextrin is 2-hydroxypropyl-$\beta$-cyclodextrin or sulfobutyl ether-$\beta$-cyclodextrin, preferably sulfobutyl ether-$\beta$-cyclodextrin.

Preferably, the pharmaceutically acceptable preservative is selected from thimerosal, propylene glycol, phenol, or meta-cresol, or a combination thereof. Preferably, the preservative is meta-cresol.

Preferably, the pharmaceutical composition has a pH in a range of about 4 to about 5.

In a preferred embodiment, about 1 mg/mL to about 5 mg/mL of the preservative, e.g. meta-cresol, is unsequestered in the cyclodextrin.

In a preferred embodiment, the compound of Formula I, or a pharmaceutically acceptable salt thereof, is in an amount of about 0.1 mg/mL to about 100 mg/mL and the $\beta$-cyclodextrin is in an amount of about 20 mg/mL to about 200 mg/mL and the preservative is meta-cresol. Preferably, the $\beta$-cyclodextrin is in the amount of 55 mg/mL to 100 mg/mL and the meta-cresol is an amount of about 2.5 mg/mL to 3.5 mg/mL.

US 8,183,230 B2

In a preferred embodiment, the compound of Formula I is the compound of Formula Ia,

Ia

C(CH$_3$)$_3$

OCH$_3$

NH

N

or its pharmaceutically acceptable salts.

Preferably, the compound of Formula Ia, or a pharmaceutically acceptable salt thereof, is in an amount of about 0.1 mg/mL to about 100 mg/mL and the β-cyclodextrin is in an amount of about 20 mg/mL to about 200 mg/mL and the preservative is meta-cresol and is in an amount of about 1 mg/mL to about 5 mg/mL. Preferably, the β-cyclodextrin is in an amount of about 55 mg/mL to about 100 mg/mL and the preservative is meta-cresol and is in an amount of about 2.5 mg/mL to about 3.5 mg/mL. Preferably, the β-cyclodextrin is sulfobutyl ether-β-cyclodextrin.

In a third aspect, the invention is directed to a pharmaceutical composition comprising the compound of Formula Ia,

Ia

C(CH$_3$)$_3$

OCH$_3$

NH

N

or its pharmaceutically acceptable salts, wherein the compound of Formula Ia is 10 mgA/mL, sulfobutyl ether-β-cyclodextrin is in an amount of about 63 mg/mL and meta-cresol is in an amount of about 3.3 mg/mL, a pharmaceutically acceptable vehicle and an optional pharmaceutically acceptable excipient. Preferably, the pharmaceutically acceptable salt of the compound of Formula Ia is citrate.

In a fourth aspect, the invention is directed to a method for the treatment of emesis or improving anesthesia recovery in mammals comprising parenterally injecting into the mammal an aqueous pharmaceutical composition comprising the above described pharmaceutical compositions of the compounds of Formula I or Ia, the β-cyclodextrin being present in amounts which are sufficient for improved injection toleration at the injection site. Preferably, the pharmaceutically acceptable salt is citrate. Preferably, the composition is administered subcutaneously.

In a fifth aspect, the invention is directed to a method of improving injection site toleration during the treatment of emesis or the treatment of improving anesthesia recovery in a mammal comprising parenterally injecting into the mammal a pharmaceutically acceptable solution of the above described pharmaceutical compositions of the compounds of Formula I or Ia. Preferably, the pharmaceutically acceptable salt is citrate. Preferably, the composition is administered subcutaneously.

In a sixth aspect, the invention is directed to a method to develop a preserved API compositions comprising a therapeutically effective amount of an API, a β-cyclodextrin and a pharmaceutically acceptable preservative.

In a preferred embodiment, the preservative has a binding value to the cyclodextrin that is less than a binding value of the API to cyclodextrin. Preferably, the preservative is selected from thimerosal, propylene, glycol, phenol or meta-cresol or a combination thereof.

In a preferred embodiment, the binding value of the API with the cyclodextrin is greater than 50 M$^{-1}$. Preferably, the binding value of the API with the cyclodextrin is between 500 and 10,000 M$^{-1}$. Preferably, the binding value of the API with the cyclodextrin is between 800 and 3,000 M$^{-1}$.

In a preferred embodiment, Antimicrobial Effectiveness Test (AET) requirements meet Pharmaceopia Europa Criteria A and B and USP AET criteria.

In a further aspect, the invention is directed to a pharmaceutical composition, as defined herein, for use as a medicament especially in, when the composition comprises a compound of formula I or Ia, the treatment of a disease for which a neurokinin receptor antagonist, such as an NK-1 receptor antagonist, is indicated.

In a further aspect, the invention is directed to the use of a pharmaceutical composition, as defined herein, comprising a compound of formula I or Ia, in the manufacture of a medicament for the treatment of a disease for which a neurokinin receptor antagonist, such as an NK-1 receptor antagonist, is indicated.

In a further aspect, the invention is directed to a method for the treatment of a disease for which a neurokinin receptor antagonist, such as an NK-1 receptor antagonist, is indicated in mammals comprising administering to said mammal a therapeutically effective amount of a pharmaceutical composition as defined herein comprising a compound of formula I or Ia.

## DEFINITIONS

The term(s) "compound(s) of Formula I" and "compound of Formula Ia" as used herein, means a compound or compounds of Formula I or Ia, prodrugs thereof and pharmaceutically acceptable salts of the compounds or the prodrugs. The compounds utilized in the present invention may be isolated and used per se or in the form of its pharmaceutically acceptable salt, solvate and/or hydrate.

The term "pharmaceutically acceptable salt" refers to inorganic and organic salts of a compound of the present invention. These salts can be prepared in situ during the final isolation and purification of a compound, or by separately reacting the compound, or prodrug with a suitable organic or inorganic acid and isolating the salt thus formed. Representative salts include the hydrobromide, hydrochloride, hydroiodide, sulfate, bisulfate, nitrate, acetate, trifluoroac-

US 8,183,230 B2

**7**

etate, oxalate, besylate, palmitiate, pamoate, malonate, stearate, laurate, malate, maleate, borate, benzoate, lactate, phosphate, hexafluorophosphate, benzene sulfonate, tosylate, formate, citrate, maleate, fumarate, succinate, tartrate, naphthylate, mesylate, glucoheptonate, lactobionate, and laurylsulphonate salts, and the like. See, e.g., Berge, et al., *J. Pharm. Sci.,* 66, 1-19 (1977).

Preferably, the pharmaceutically acceptable salt is citrate. The term "citrate salt," as used herein, refers to the citrate monohydrate salt of the compound of Formula Ia, having a molecular weight of 660.82 and a theoretical potency based on the active ingredient of 709 mg/g.

The term "Active Pharmaceutical Ingredient" or "API," as used herein refers to a pharmaceutical drug substance having therapeutic properties and having the ability to bind or be "sequestered" in cyclodextrin. Preferably, the API has a binding value to cyclodextrin greater than 50 $M^{-1}$. More preferably, the API has a binding value to cyclodextrin between about 800 $M^{-1}$ to about 3,000 $M^{-1}$. Even more preferably, the API has a binding value to cyclodextrin between about 500 $M^{-1}$ to about 10,000 $M^{-1}$. Furthermore, preferably, the API has greater than a two-fold binding constant with cyclodextrin over preservative. More preferably, the API has a greater than 5 fold binding constant with cyclodextrin. Even more preferably, the API has greater than or equal to 10 fold binding constant with cyclodextrin.

The term "active ingredient" or "mgA/mL", as used herein, refers to the free base of the compound of Formula Ia, having a molecular weight of 468.69.

The term "cyclodextrin" refers to a compound including cyclic alpha (1→4) linked D-glucopyranose units. α-cyclodextrin refers to a cyclodextrin with 6 cyclic, linked D-glucopyranose units, β-cyclodextrin has 7 cyclic, linked D-glucopyranose units, and β-cyclodextrin has 8 cyclic, linked D-glucopyranose units. These cyclic, linked D-glucopyranose units define a hydrophobic cavity, and cyclodextrins are known to form inclusion compounds with other organic molecules, with salts, and with halogens either in the solid state or in aqueous solutions.

Cyclodextrins vary in structure and properties. For example, the size (e.g. diameter, and depth) and functionality (e.g. hydrophobicity, charge, reactivity and ability to hydrogen bond) of the hydrophobic cavity varies among substituted and unsubstituted α-, β- and γ-cyclodextrins. Typically, a cyclodextrin selected for a formulation has a size and functionality that binds with the target component the other components of the formulation. For the present formulations and methods, it is believed that substituted cyclodextrins, such as hydroxyalkyl cyclodextrins and sulfoalkylether cyclodextrins have a size and functionality that compliment the other components of the formulation. Preferred cyclodextrins include hydroxypropyl-β-cyclodextrin and sulfobutylether-β-cyclodextrin. More preferably, the cyclodextrin is sulfobutylether-β-cyclodextrin ("SBE-CD").

The phrase "therapeutically effective amount" means an amount of a compound of the present invention that (i) treats or prevents the particular disease, condition or disorder, (ii) attenuates, ameliorates or eliminates one or more symptoms of the particular disease, condition or disorder, or (iii) prevents or delays the onset of one or more symptoms of the particular disease, condition or disorder described herein.

The term "mammals" or "animals", as used herein, refers to humans, companion animals such as, but not limited to, dogs, cats and horses, food source animals (e.g., cows, pigs and sheep), zoo animals and other similar animal species.

The phrase "pharmaceutically acceptable" indicates that the substance or composition must be compatible chemically

**8**

and/or toxicologically, with the other ingredients comprising a formulation, and/or the mammal being treated therewith.

The terms "treating", "treat" or "treatment" embrace both preventative, i.e. prophylactic and palliative treatment.

The term "improved injection site toleration" as used herein means a score of two or less, as defined herein in Table IV.

The term "pharmaceutically acceptable preservative," as used herein, means a preservative. In particular, the formulation containing preservative maintains effectiveness according to the standards set forth in Ph. Eur. 4th Ed. 2003 (5.1.3) for parenteral formulations and USP26 NF21S2, <51> for Category 1 pharmaceutical products. Preferably, the preservative has a reduced binding value to cyclodextrin compared to the API, such that the sufficient preservative is "unsequestered" in the cyclodextrin, providing effective antimicrobial effectiveness.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts the saturated meta-cresol solutions of SBE-CD and compound of Formula Ia. Meta-cresol concentration showed linear increase as SBE-CD was increased. The concentration of drug did not significantly alter the solubility of m-cresol in SBE-CD.

FIG. **2** depicts compound of Formula Ia concentration vs. time at 1, 0.5, and 0.25 mM compound of Formula Ia, fit to Equation 11.

FIG. **3** depicts the comparison between bacterial efficacy as a function of total quantity of meta-cresol and as a function of calculated sequestered meta-cresol for *S. aureus* at 6 hours and 24 hours time points.

FIG. **4** depicts a formulation window to guaranty preservative effectiveness according to Ph. Eur. Criteria A, no pain on injection, less than 3.5 mg/mL meta-cresol, and less than 80 mg/mL SBE-CD.

DESCRIPTION OF INVENTION

Development of parenteral formulations utilizing cyclodextrin for solubilization, or for other purposes, requires an understanding of the interaction between the drug and cyclodextrin. A pharmaceutical drug that is solubilized by cyclodextrin is bound at a stoichiometric relationship related to an inherent binding constant. This relationship varies based on several factors such as the structure of the drug, cyclodextrin, and solution properties (e.g., pH, ionic strength, and cosolvency).

Formulations having multiple excipients further complicate the interaction. For example, in parenteral multi-use formulations containing a preservative, the preservative may compete with the drug for cyclodextrin binding. It was previously reported that 2-hydroxypropyl-β-cyclodextrin interacts not only with drug molecules but can also form complexes with antimicrobial preservatives. Loftsson, T. et al., *Drug Development and Industrial Pharmacy* 1992, 18(13), 1477-1484.

Binding of the preservative and cyclodextrin, however, decreases the antimicrobial effectiveness of the preservative, since the preservative needs to be unbound in solution. A minimum requirement for the efficacy of the preservation for parenteral products is described in the European Pharmacopoeia, criteria A being applicable, and in the U.S. Pharmacopoeia. Antimicrobial Preservatives for proposed formulations were evaluated pursuant to the Antimicrobial Effectiveness Testing ("AET") criteria.

US 8,183,230 B2

9

A multi-dose formulation of the compound of Formula Ia containing 10 mgA/mL compound of Formula Ia and 10% (w/v) cyclodextrin at pH 4.4 was utilized to identify an efficacious antimicrobial preservative that did not significantly interact with cyclodextrin. From preliminary experiments, the solubility of the compound of Formula I in the presence of 2-hydroxypropyl-β-cyclodextrin was similar to the solubility in the presence SBE-CD. Furthermore, both yielded a formulation with acceptable injection site toleration ("IST"). In addition to compatibility with cyclodextrin, e.g. SBE-CD, there was additional criteria that limited the antimicrobial preservatives acceptable for the formulation. These criteria were physical and chemical compatibility with compound of Formula Ia; preservative effectiveness against bacteria, molds, and yeasts at pH of about 4.4 and acceptable injection site toleration.

As discussed more fully in the Experimental section, a preliminary screen for an antimicrobial preservative for the multidose compound of Formula Ia formulation was conducted with chlorocresol, phenyl ethanol, benzyl alcohol, ethanol, bronopol, sucrose, chlorhexidine gluconate, thimerosal, benzethonium chloride, benzalkonium chloride, chlorobutanol, benzoic acid, meta-cresol, phenol, and 25% propylene glycol. Initial results indicated that thimerosal, chlorobutanol/phenylethanol, ethanol and propylene glycol (50%) satisfied USP/Ph. Eur. requirements (Table VII).

When considering injection site toleration issues, chlorobutanol/phenylethanol, ethanol and propylene glycol demonstrated poor injection site toleration (Table VIII). Conversely, thimerosal and meta-cresol provided good injection site toleration.

Benzethonium chloride and benzoic acid were both ineffective at reducing the microorganisms after 7 days. Propylene glycol (25%) was active against bacteria only in the presence of SBE-CD, but ineffective against the fungi. On the other hand, the phenolic compounds, phenol and meta-cresol were effective at reducing the microorganisms, but their activity against bacteria was greatly diminished when SBE-CD was present in the formulation.

It was suspected, and determined by the inventors, that the difficulties encountered to preserve the desired formulation were due to an interaction between the antimicrobial preservative (e.g. meta-cresol) and the SBE-CD. In particular, preservative, for example meta-cresol, was likely sequestered by SBE-CD, rendering the meta-cresol inactive against bacteria and fungi. In order to demonstrate this theory, the binding constant of compound of Formula Ia to SBE-CD and meta-cresol to SBE-CD were determined ($K_p$). These constants were used to calculate the concentration of non-sequestered meta-cresol in the formulations tested for anti-microbial efficacy. The average values used for calculations are binding constant for drug ("$K_D$"=1000) and binding constant for preservative ("$K_p$"=28).

In cases where preferential binding of one component is desired, it is desirable to quantify the bound portion of each component at equilibrium. The binding of one component versus another in solution can be measured using techniques such as spectroscopy, or calorimetry. Gadre, A., and Connors, K. A. "Binding of Substituted Acetic Acids to α-Cyclodextrin in Aqueous Solution" *J. Pharm. Sci.* 1997 86(11):1210-1214). In order to differentiate inclusion binding from other possible solubilization effects of a ternary formulation agent, such as stacking or hydrotropy, a method is required to determine the binding constant of one component bound to cyclodextrin in the presence of other competitive binders. The

10

ability to distinguish between binding and other modes of interaction is significant for understanding and designing optimal formulations.

In the present invention, the method to determine binding constants utilizes equilibrium dialysis in the development of a multi-use parenteral formulation containing SBE-CD and a preservative. In particular, the method was applied in developing a parenteral formulation comprising the compound of Formula Ia, a cyclodextrin (SBE-CD) and a preservative (meta-cresol). This approach is applicable to compounds other than the compound of Formula Ia in developing parenteral formulations and is within the scope of this invention. Development of the formulation using this approach resulted in optimization of cyclodextrin bound drug and unbound preservative. The significance of this procedure is its ability to measure the binding constant of multiple compounds competing for binding with the cyclodextrin. The experimental dialysis data also provides an easily interpreted representation of binding in the formulation by visualizing the degree of interaction by the equilibrium established following dialysis.

Equilibrium dialysis permits calculation of binding constants by modeling the resultant diffusion rate across a semi-permeable membrane with an equilibrium end point. Equilibrium dialysis is performed by allowing the substrate in a solution containing bound substrate and ligand in a donor compartment of an equilibrium dialysis apparatus (cell) to equilibrate over time with an acceptor compartment. Ono, N., Hirayama, F., Arima, H., Uekama, K. "Determination of Stability Constant of β-Cyclodextrin Complexes Using the Membrane Permeation Technique and the Permeation Behavior of Drug Competing Agent-β-Cyclodextrin Ternary Systems" *Eur. J. Pharm. Sci.* 1999 9:133-139. The acceptor cell contains no ligand. The membrane is semi-permeable allowing the typically low molecular weight substrates to freely diffuse, while the cyclodextrin (MW=2163) remains in the donor compartment. Sampling from both compartments over time yields a time-concentration profile of substrate in both the donor and acceptor compartments of the dialysis cell.

A mathematical model describing the diffusion rate of drug across the membrane can be derived for systems containing two or more components in solution. The dialysis rate and binding constant for the substrates are obtained by resolving the equation using nonlinear curve fitting software. Depending on the interactions between the components it is possible to describe the competitive binding that occurs in the solution. The equilibrium binding constant is a measure of the relative concentration of meta-cresol bound to SBE-CD according to the chemical equilibrium equation below: S=meta-cresol, L=SBE-CD. S:L indicates the complex formed between meta-cresol and SBE-CD.

$$S + L \overset{K}{\longleftrightarrow} S:L$$

$$K = \frac{[S:L]}{[S][L]}$$

Solubility Analysis.

The citrate salt of the compound of Formula Ia has a solubility of 2.7 mg/mL at a pH of 4.2 in 0.02 M phosphate/0.02 M acetate buffered solution. Traditional solubility methods were performed initially to determine the solubility and binding constants of compound of Formula Ia and preservative with SBE-CD. These studies allowed determination of the

US 8,183,230 B2

11

stoichiometry of binding between SBE-CD and compound of Formula Ia as seen by the linear slope in the molar solubility relationship of compound of Formula Ia and SBE-CD (FIG. 1).

Binding was calculated for meta-cresol using solubility analysis. The experiment was performed at different concentrations of compound of Formula Ia to determine if there was any effect from the presence of drug in solution on the meta-cresol binding constant. Meta-cresol solubility was measured in excess (saturated) meta-cresol and the equilibrium binding constant was calculated using the following equation:

$$S_t = s_0 + \frac{K_{11} s_0 L_t}{1 + K_{11} s_0}$$

Where $S_t$ is the total solubility of meta-cresol, $s_0$ is the inherent solubility of meta-cresol, $L_t$ is the total concentration of SBE-CD (ligand) and $K_{11}$ is the equilibrium binding constant of meta-cresol assuming a 1 to 1 binding stoichiometry.

Applying the solubility method, the equilibrium binding constant of meta-cresol averaged 27.6 $M^{-1}$ across the studies. There was minimal effect on the binding from the presence of compound of Formula Ia as is shown in Table I. This data was used to compare results to the equilibrium dialysis method currently investigated. Compound of Formula Ia had a binding constant of 1040 $M^{-1}$ at pH 4.4.

TABLE I

Calculated binding constants from meta-cresol saturated solubility experiments in varying SBE-CD and drug (compound of Formula Ia). The slope of meta-cresol solubility vs. SBE-CD concentration was used to estimate binding. The addition of compound of Formula Ia did not significantly alter meta-cresol concentration.

| Compound of Formula Ia [mM] | Slope | y-intercept [mM] | $R^2$ | $K_{11}$ (equilibrium) |
|---|---|---|---|---|
| 00.00 | 0.46 | 34.06 | 0.88 | 24.53 |
| 10.67 | 0.46 | 33.15 | 0.95 | 25.78 |
| 21.34 | 0.53 | 32.15 | 0.92 | 35.46 |
| 42.67 | 0.43 | 31.15 | 0.97 | 24.59 |
| Average Binding Constant [$M^{-1}$] | | | | 27.59 |

Equilibrium Dialysis Method

The initial experiments established the equilibrium dialysis flux rates for compound of Formula Ia and meta-cresol across the 500 MWCO dialysis membrane. Three different concentrations of compound of Formula Ia were initially loaded into the donor side of the dialysis well. Samples were withdrawn at various time intervals and concentration of free component was measured using HPLC. Equilibrium was achieved for each tested condition after approximately 4 days. The smoothed line was a fit to the data using the model for a unitary system presented in the discussion. The equilibrium point for all these control experiments was reached after 50% of the total drug was distributed uniformly across the donor and acceptor sides of the well. This asymptotic approach to equilibrium was modeled and the dialysis rates were calculated, Table II.

12

TABLE II

Calculated binding constants from equilibrium dialysis method. Asymptotic diffusion rates were fit to equation 11 using numerical line-fitting software to generate binding constants.

| Approximate Ratio | Compound of Formula Ia | Meta-cresol [mM] | SBE-CD [mM] | k (hr$^{-1}$) | $K_{eq}$ [$M^{-1}$] |
|---|---|---|---|---|---|
| 1:1 | 1.0 | | 1.0 | 0.015 | 740 |
| 1:2 | 0.5 | | 1.0 | 0.013 | 1092 |
| 1:4 | 0.25 | | 1.0 | 0.012 | 1444 |
| 1:1 | | 1.1 | 1.0 | 1.984 | 88 |
| 1:2 | | 0.6 | 1.0 | 2.182 | 75 |
| 1:4 | | 0.3 | 1.0 | 2.761 | 85 |
| 1:1 | 1.0 | 1.0 | 1.0 | 0.018 | 690 |
| 1:2 | 0.5 | 0.5 | 1.0 | 0.013 | 720 |
| 1:4 | 0.25 | 0.25 | 1.0 | 0.011 | 520 |

The primary method of analyzing the data was to perform calculations from equilibrium dialysis data, as described below. In particular, the rate of diffusion across the membrane was calculated using the following equations:

The rate of diffusion from the donor phase is defined by the following relationship:

$$[D]_t - [D]_{eq} = ([D]_0 - [D]_{eq}) e^{(-2kt)} \tag{1}$$

Rate of diffusion into the Acceptor Phase:

$$[D]_{eq} - [D]_t = [D]_{eq} e^{(-2kt)} \tag{2}$$

wherein

k=permeation rate constant, min$^{-1}$

$[D]_0$=concentration in donor or acceptor at time **0**

$[D]_t$=concentration in donor or acceptor at time t

$[D]_{eq}$=concentration in donor or acceptor at equilibrium

t=time (min)

The basis of calculation in the presence of SBE-CD is to assume that complexation occurs only in the donor phase according to the standard complexation reaction:

$$D + L \overset{K}{\leftrightarrow} D{:}L$$

$$K = \frac{[D{:}L]}{[D][L]}$$

The differential equation governing the diffusion of drug into the acceptor phase is given below:

$$\frac{d[D]_A}{dt} = k[D]_F - k[D]_A \tag{3}$$

The mass balance for drug in the system is described below:

$$[D]_{tot} = [D]_F + [D]_A + [D{:}CyD] \tag{4}$$

where $[D]_F$ and $[D]_A$ are free drug in the donor well and free drug in the acceptor well, respectively. The mass balance for cyclodextrin in the system, maintained within the donor phase, is given below:

$$[CyD]_{tot} = [CyD]_F + [D{:}CyD] \tag{5}$$

US 8,183,230 B2

13

Substituting the complexed drug from the mass balance (eq) into the equilibrium relationship gives:

$$K = \frac{([D]_{tot} - [D]_F - [D]_A)}{[D]_F [CyD]_F} \qquad (6)$$

Solving for free drug and substituting into eq. 3 results in:

$$\frac{dD_A}{dt} = k\left[\left(\frac{D_{tot} - D_A}{1 + K \cdot CyD_F}\right) - D_A\right] \qquad (7)$$

Simplifying results in:

$$\frac{dD_A}{dt} = k\left[\frac{D_{tot} - (K \cdot CyD_F + 2)D_A}{1 + K \cdot CyD_F}\right] \qquad (8)$$

Using the cyclodextrin mass balance and solving for free cyclodextrin in terms of known values gives:

$$CyD_F = CyD_{tot} - D_{tot} + D_F + D_A \qquad (9)$$

Replacing free drug, $D_F$, by its equilibrium relationship leads to:

$$CyD_F = CyD_{tot} - D_{tot} + D_A + \frac{D_0 - D_A}{1 + K \cdot CyD_F} \qquad (10)$$

Solving the quadratic for free cyclodextrin, $CyD_F$ provides:

$$CyD_F = \frac{-1 + K \cdot D_A - K \cdot D_0 + K \cdot CyD_{tot} \pm \sqrt{4K \cdot CyD_{tot} + (1 - K \cdot D_A + K \cdot D_0 - K \cdot CyD_{tot})^2}}{2 \cdot K} \qquad (11)$$

The value for $CyD_F$ may be substituted into equation 8. An implicit solution using equations 8 and 11 allow determination of both the equilibrium binding constant K and the rate of diffusion, k, into the acceptor phase by using the time, concentration date, and the initial conditions.

Sampling removed the higher concentration of drug (e.g. compound of Formula Ia) from the donor side of the dialysis chamber, which resulted in raw data depicting concentrations coming to equilibrium with the midpoint skewed below 50%. This sampling bias was corrected for, and the graphs were normalized to represent a 50% midpoint. This normalization was applied prior to fitting the curves to the model.

The method utilized provided a measured binding constant for drug and SBE-CD. The value obtained from the equilibrium dialysis method was 1092 M−1 (±352 M−1, n=3), compared to 1040 M−1 (n=1) for the solubility method. The binding constant for preservative and SBE-CD, using the solubility method was 28 M−1 (n=1) compared to 83 M−1 (±7 M−1) using equilibrium dialysis. The data demonstrates that, in binary systems, both drug (e.g., compound of Formula Ia) and preservative bind to the cavity in SBE-CD, although in this case the drug binding constant was 13-fold greater than preservative. The data showed that in ternary systems comprised of SBE-CD, drug (e.g., compound of Formula Ia), and preservative, at the ratios tested, the equilibrium profile indicated that the preservative was not bound to cyclodextrin due to competitive binding with the drug.

14

Based upon the above calculations to obtain the amount of sequestered meta-cresol and compound of Formula Ia, proposed formulations were developed and evaluated for antimicrobial efficacy. FIG. 3 demonstrates no clear relationship between the total meta-cresol concentration contained in the formulation and the log reduction of bacterial population, 6 or 24 hours after spiking a known amount of *Staphylococcus Aureus* (i.e. formulations containing about 3 mg/mL meta-cresol seem to equally have a log reduction as low as 0 or as high as greater than 4.6). When the same data set is plotted against the calculated non-sequestered meta-cresol concentration in the formulation, (FIG. 4) however, a relationship is visible. This data set was produced with a number of formulations containing 9.0 to 11.0 mgA/mL of compound of Formula Ia, 2.5 to 4.75 mg/mL meta-cresol and 60 to 100 mg/mL SBE-CD. The appearance of a plateau at the higher concentrations is only due to the limitation in the bactericidal efficacy measurement method. As the method consists in evaluating the population not killed by the preservative, when the whole population is dead (i.e. none is detectable any more ~100%) the figure quoted is of the form: a log reduction greater than a value usually between 3 and 5.

Another factor was the concentration of non-sequestered compound of Formula Ia, since higher concentrations were demonstrated to create pain on injection. Furthermore, there was risk of precipitation, if the concentration reached the limit of aqueous solubility of compound of Formula Ia at the desired formulation pH of about 4.4. Accordingly, the level of non-sequestered compound of Formula Ia was minimized in an attempt to maintain the concentration below 2 mg/mL.

Two additional parameters were: (1) the level of total meta-cresol concentration; and (2) the level of cyclodextrin (e.g., SBE-CD) should be kept as low as possible and, in particular, below 80 mg/mL to prevent binding to and inactivating meta-cresol. (See FIG. 4). Accordingly, formulations containing 9.0 to 11.0 mgA/mL of compound of Formula I, 2.5 to 4.75 mg/mL meta-cresol and 60 to 100 mg/mL SBE-CD were designed to contain known amount of calculated non-sequestered compound of Formula I and known calculated amount of non-sequestered meta-cresol. The formulations were analyzed for preservative effectiveness. These results are reported in FIG. 4. From these results a limit of confidence in robust preservative effectiveness was defined and reported on FIG. 4.

Based on these results, the preferred formulation containing calculated non-sequestered concentrations of meta-cresol (2.8 mg/mL) and compound of Formula I (1.4 mg/mL), corresponding to the black diamond on FIG. 4, was selected. This formulation corresponded to actual total concentrations of 10 mgA/mL of compound of Formula I, 63 mg/mL SBE-CD and 3.3 mg/mL meta-cresol at pH 4.4.

The principles described above for the development of a pharmaceutical formulation of the citrate salt of compound of Formula Ia are applicable in the development of other parenteral formulations comprising pharmaceutical drugs, cyclodextrin and preservative. In particular concentrations of drug, cyclodextrin and preservative should be adjusted to have minimum concentration of non sequestered preservative (2.1 mg/ml when using metacresol).

Formulation. In general, formulations are prepared by dissolving a therapeutically effective amount of the compound of Formula Ia in an aqueous pharmaceutically acceptable diluent. A pharmaceutically acceptable salt of the compound of Formula I may also be used, such as the citrate or malate salts. A cyclodextrin is added to the solution in a concentration range of about 2% to about 40%. Preferably, the cyclodextrin comprises about 5% to about 20% of the pharmaceu-

US 8,183,230 B2

15

tical composition and more preferably about 5% to about 10%. Preferably, the cyclodextrin is a β-cyclodextrin: hydroxypropyl β-cyclodextrin, sulfobutylether β-cyclodextrin or other pharmaceutically acceptable substituted β-cyclodextrin. A preservative is added to the formulation on a weight basis.

As used herein, a "therapeutically effective amount" for a dosage unit may typically about 0.5 mg to about 500 mg of active ingredient. The dose may vary, however, depending on the species, variety, etc. of animal to be treated, the severity and the body weight of the animal. Accordingly, based upon body weight, typical dose ranges of the active ingredient may be from about 0.01 to about 100 mg per kg of body weight of the animal. Preferably, the range is from about 0.10 mg to about 10 mg per kg of body weight, and more preferably, from about 0.2 to about 2 mg per kg of body weight.

For example, A 10 mgA/mL compound of Formula Ia formulation allows the preferred injection volume of 0.5 to 3.0 mL at a 1 mg/kg dose to treat 5 to 30 kg animals, which covers the majority of patients. Use of the product in larger mammals can be accommodated by using a larger syringe or multiple injections. Use of the product in small dogs and cats will require smaller injection volumes.

The veterinary practitioner, or one skilled in the art, will be able to determine the dosage suitable for the particular individual patient, which may vary with the species, age, weight and response of the particular patient. The above dosages are exemplary of the average case. Accordingly, higher or lower dosage ranges may be warranted, depending upon the above factors, and are within the scope of this invention.

Pharmaceutical compositions of the compound of Formula Ia were developed such that a therapeutically effective amount of the compound of Formula Ia could be administered to a patient with an acceptable injection site toleration. Injection site toleration was measured by inspecting the patient for signs of reaction, including erythema (size); skin thickening (size), pain on palpation and edema. Table VI provides a detailed explanation of the scoring system: a score of 0 (no reaction) to 4 (severe reaction) was given for each characteristic and each injection site daily.

The formulation of the citrate salt of the compound of Formula Ia is self-buffered by the citrate counterion (21.3 mM) at the native pH of ca. 4.4. If other pharmaceutically acceptable salts are utilized, however, a pharmaceutically acceptable buffer may be required. The preferred formulation is 10 mgA/mL compound of Formula Ia as the citrate monohydrate salt, about 63 mg/mL SBE-CD, and about 3.3 mg/mL meta-cresol at pH 4.4.

GENERAL EXPERIMENTAL PROCEDURES

A. Equilibrium Dialysis Method for Determining Binding Constants

Materials. Meta-cresol (MW=108.14) was obtained from Aldrich, St. Louis, Mo. A 20-cell equilibrium dialyzer, equipped with 2 mL Teflon cells and 500 MWCO cellulose ester asymetric membranes was used (Spectrum, Rancho Dominguez, Calif.). Compound of 1a (free base=468.69), may be prepared as set forth in section B of Experimental Procedures.

Preparation of Formulations. Three different test formulations were prepared composed of either single component controls; binary systems containing either drug or m-cresol, and SBE-CD; or ternary systems containing drug, m-cresol, and SBE-CD. Formulations were prepared at room temperature at different ratios and concentrations 24 hrs prior to testing to assure equilibrium binding. The formulations were

16

prepared by first dissolving SBE-CD at the appropriate concentration and then adding drug or m-cresol and allowing it to dissolve in the cyclodextrin solution.

Dialysis Method. One mL of complexed or control formulation was loaded in the donor side of the membrane. The acceptor side was loaded with 1-mL of sodium citrate (pH 4.4) to maintain ionic equilibrium across the chamber. At various time points, 50 μL aliquots were removed from both the donor and acceptor sides of the equilibrium dialysis chamber and analyzed using HPLC. The concentration over time profile (mM) of ligand on each side was plotted for each ratio.

HPLC Method. Samples were loaded neat onto an HP 1100 HPLC equipped with an Agilent Eclipse XDB-C8 column. The total run time was 10 minutes. The mobile phase consisted of 25% 25 mM ammonium acetate and 75% methanol Detection was performed using absorbance at 271 nm or fluorescence detection. Peaks were integrated using Turbochrome software [Perkin Elmer\San Jose, Calif.].

Control Experiments. The dialysis rates of compound of Formula Ia and meta-cresol were measured alone across the 500 MWCO membrane. Different concentrations of meta-cresol and compound of Formula Ia were placed on the donor side of the equilibrium dialyzer. The concentrations of corresponding complexation experiments were chosen to match the concentration of drug or preservative in the single component systems.

Binary Systems. These experiments were performed to quantify the binding of either drug or m-cresol with SBE-CD. Three separate mixtures were tested which consisted of: compound of Formula Ia with SBE-CD, meta-cresol with SBE-CD, and drug with meta-cresol. The molar ratios of SBE-CD to drug or preservative were 1:1, 2:1, and 4:1.

Ternary Systems. Several experiments were performed to test the effects of all three formulation components on the dialysis rate of drug and preservative. In these, SBE-CD concentration was fixed while the amounts/ratios of compound of Formula Ia and meta-cresol were varied.

Data Processing. The raw data was normalized to correct for concentration variation in the donor and acceptor well sides. The corrected percents of total were converted to theoretical mM concentrations. These data were then simultaneously fit to the equations presented in the discussion section using Micromath Scientist Software.

B. Preparation of Compounds of Formula I and Ia

In general, the compounds of Formula I and Ia may be prepared by methods that include processes known in the chemical arts, particularly in light of the description contained herein and disclosed in U.S. Pat. Nos. 6,222,038 and 6,255,320. The compounds of Formula I and Ia may be prepared by various different synthetic routes. In particular, the compound of Formula Ia can also be prepared as described in co-pending U.S. provisional application No. 60/541,323, assigned to and owned by Pfizer, Inc. Certain processes for the synthesis of the compound of Formula Ia, as more fully described in the above co-pending provisional application, are illustrated by the following reaction scheme.

The following reaction Scheme illustrates one possible preparation of the citrate monohydrate salt of the compound of Formula Ia, the compound of Formula Ic.

US 8,183,230 B2

17                                                                                      18

SCHEME I

VIa

VII

VIII

IPA
Heat
Under nitrogen

IXa

Re-apply H₂
Pd/C
Heat

US 8,183,230 B2

19

-continued

20

Ib

Ia

Ic

In Step A of Scheme I, a mixture of compound of Formula VIa in an alcoholic solvent such as methanol, ethanol or n-propanol but preferably propan-2-ol, optionally also in the presence of water, is hydrogenated over a palladium on carbon catalyst at elevated temperature (typically 75-80° C.) and pressure (typically 50 psig hydrogen). One skilled in the art would appreciate that other catalysts may be suitable, such as palladium on carbon, palladium hydroxide on carbon, platinum on carbon, palladium on calcium carbonate, or palladium on alumina ($Al_2O_3$).

Once formation of the intermediate, compound VII, is complete, typically 1 hour, compound of Formula VII, typically as a solution in the respective alcoholic solvent, preferably in propan-2-ol (isopropanol, "IPA") is added to the reaction, without isolating the compound of Formula VIII, and the mixture is stirred optionally at elevated temperature (30-120° C.) under an atmosphere of nitrogen. Once sufficient of the intermediate compound IXa has formed the nitrogen atmosphere is replaced with hydrogen. The reaction is then stirred optionally at elevated temperature (about 30-120° C.) and at elevated pressure (typically 50 psig) until the formation of the compound Ib is found to be complete (typically 18 hours). The reaction mixture is then cooled (about 20-25° C.) and the hydrogen gas is vented. The palladium on carbon catalyst is removed by filtration, and the resultant solution of compound Ib is taken directly into Step B.

In Step B of the reaction scheme I, the solution of compound Ib, typically in a mixture of propan-2-ol and water, is concentrated by distillation followed by the addition of toluene. The mixture is then concentrated again by distillation, adding additional toluene and water as necessary during distillation until sufficient isopropanol had been removed from the mixture and an appropriate solution volume is obtained (typically, 2-4 volumes per kg of compound Ib). Water and toluene are added as necessary (typically about 3.5 volumes of water and about 5 volumes of toluene). One skilled in the art would appreciate that other solvents, other than toluene, such as methylene chloride, ethyl acetate, isopropyl acetate or tert-butyl methyl ether, could be utilized. The pH is adjusted to an appropriate point (about 11.5 to 13.5) by the addition of aqueous sodium hydroxide and if necessary aqueous hydrochloric acid with stirring.

Once an appropriate pH has been obtained, the aqueous phase is removed by separation. The product-containing organic phase is then concentrated by distillation. A mixture of propan-2-ol and water is then added and the mixture is concentrated again by distillation. The addition of water and propan-2-ol and subsequent concentration by distillation is repeated as necessary until sufficient toluene (typically less than 3% w/w toluene by GC analysis) has been removed from the mixture and an appropriate solution volume has been obtained (about 4 volumes with respect to compound Ib), resulting in a composition of the solvent in the final granulation slurry of typically greater than 80% w/w propan-2-ol, less than 20% w/w water and less than 3% w/w toluene.

Once sufficient toluene has been removed, the mixture is cooled until crystallization occurs (typically 70-75° C.). The resultant suspension is then cooled further (typically to 20-25° C.) and is then granulated for a period of time before being optionally cooled further to about 0-5° C. and stirred for a period of time. The solid is then collected by filtration, and the filter cake is washed with propan-2-ol and dried under vacuum at elevated temperature (typically 45-55° C.) to provide compound of formula Ia, as a crystalline solid. One

US 8,183,230 B2

21

skilled in the art would appreciate that other solvents, other than propan-2-ol, such as methanol, ethanol, n-propanol, acetonitrile, isopropyl acetate, tertiary-amyl alcohol and 4-methyl-2-pentanone could be utilized.

As outlined in the optional Step BX of the reaction scheme, which is not typically required, compound Ib may be further purified. Compound Ib is suspended in propan-2-ol and the mixture is heated at reflux to give a solution. The mixture is then heated at an elevated temperature below the reflux temperature (about 70-75° C.) for about 1 hour during which time crystallization typically occurs. The resultant suspension is maintained at this temperature for a period of about 1 to 2 hours and then cooled (to about 20-25° C.). After stirring at ambient temperature for a period of time (typically 1-18 hours), the solid is collected by filtration. The filter cake is washed with propan-2-ol and then dried under vacuum at elevated temperature (about 45-55° C.) to provide a purified compound Ib, as a crystalline solid. One skilled in the art would appreciate that other solvents, other than propan-2-ol, such as methanol, ethanol, n-propanol, acetonitrile, isopropyl acetate, tertiary-amyl alcohol and 4-methyl-2-pentanone could be utilized.

In Step C of the reaction scheme, compound Ib (1 molar equivalent) and anhydrous citric acid (typically 1.1 molar equivalents) are combined in mixture of acetone (typically about 8-10 volumes) and water (typically about 0.4 volumes), and the resultant solution is filtered. More acetone (typically about 2 volumes) is then added to wash the transfer equipment through. To the filtrate is added a filtered ether solvent such as methyl tertiary-butyl ether (tert-butyl methyl ether, "MTBE") or isopropyl ether ("IPE") (typically about 10 volumes), optionally at elevated temperature (30-45° C.). Once crystallization occurs, which may optionally be initiated by the addition of some seed crystals, the mixture is granulated for a period of time (typically 18 hours), typically at 20-25° C. but optionally at elevated temperature (30-45° C.) for a portion of this time. The solid is then collected by filtration. The filter cake is washed with the respective filtered ether solvent and is then dried at a temperature less than 60° C. (room temperature, if using isopropyl ether) under vacuum optionally with no air or nitrogen bleed to provide compound Ic, the citrate monohydrate, as a crystalline solid. The product may then be optionally milled or sieved.

In optional Step CX, the purity of compound Ic may be improved by dissolving Ic in a mixture of acetone (typically 7 volumes) and water (typically 0.3 volumes) at elevated temperature (about 35-50° C.). The mixture is then cooled (to about 20-35° C.) and optionally filtered. To the resulting mixture is then added a filtered ether solvent, such as tert-butyl methyl ether or isopropyl ether, optionally at elevated temperature (about 30-40° C.). Once crystallization occurs, which may optionally be initiated by the additions of some seed crystals, the mixture is granulated for a period of time (typically 18 hours), typically at 20-25° C. but optionally at elevated temperature (30-45° C.) for a portion of this time. The solid is then collected by filtration. The filter cake is washed with the respective filtered ether solvent and is then dried at a temperature less than 60° C. (room temperature, if using isopropyl ether) under vacuum optionally with no air or nitrogen bleed to provide compound Ic, the citrate monohydrate, as a crystalline solid. The product may then be optionally milled or sieved.

Other pharmaceutically acceptable salts, other than the citrate, may be utilized. For example, malate, maleate, mesylate, lactate, and hydrochloride salts or their in situ equivalents may be prepared by adding equimolar amount of the appropriate acid to the compound Ia, free base solutions.

22

C. Antimicrobial Preservatives Evaluated for Pharmaceutical Compositions

Table III summarizes the antimicrobial preservatives evaluated for use in the formulation. Each antimicrobial preservative was tested at the highest concentration currently used in commercial products. The antimicrobial preservatives were purchased from general chemical sources.

TABLE III

| Antimicrobial Preservatives Screened | | |
| --- | --- | --- |
| Antimicrobial preservative | Percent (w/v) | pH |
| Phenol | 0.5% | 4.4 |
| meta-cresol | 0.3% | 4.4 |
| meta-cresol + EDTA | 0.5% meta-cresol + 0.15% edta | 4.4 |
| Chlorocresol | 0.1% | 4.4 |
| Chlorocresol + EDTA | 0.1% + 0.15% edta | 4.4 |
| Chlorobutanol | 0.5% | 3.5 |
| Chlorobutanol & Phenylethanol | 0.5% each | 3.5 |
| Chlorobutanol & Phenylethanol | 0.5% Chlorbutanol w/Titration of Phenylethanol** | 3.5 |
| Phenylethanol | 0.5% | 3.5 |
| Thimerosal | 0.01% | 4.4 |
| Benzoic Acid | 0.2% | 3.5 |
| Benzethonium chloride | 0.02% | 4.4 |
| Benzalkonium chloride | 0.01% | 4.4 |
| Benzyl alcohol | 2.0% | 4.4 |
| Propylene glycol | 25% | 4.4 |
| Ethanol | 15% | 4.4 |
| Bronopol | 0.1% | 5.0 |
| Sucrose | 50% | 4.4 |
| Chlorhexidine gluconate | 0.5% | 5.0 |

**Titration of Phenylethanol from 0.5-0.1% in 0.1% increments

Preparation of Preserved Formulations. Formulations were prepared, where solubility permitted, at 5% and 10% (weight/volume) SBE-CD. Antimicrobial preservatives with optimal activity at a pH outside the nominal formulation value (pH 4.4) were titrated to either 3.5 or 5.0 using 1 N HCl or 1 N NaOH. A stock solution of either 10% or 5% (weight/volume) SBE-CD containing 10 mgA/mL of the compound of Formula Ia citrate was prepared. Preservative was added to the respective formulation on a weight basis.

Antimicrobial Efficacy Testing. A hybrid USP <24>/Ph. Eur. 2000 antimicrobial effectiveness test (AET) was performed, as follows: 20 mL of drug product was individually inoculated with 0.1-0.2 mL of bacterial or fungal culture, per USP/Ph. Eur. compendial requirements. The final concentration of organisms in the test sample was between $1 \times 10^5$ and $1 \times 10^6$ cfu/mL. At initial 6 hr, 24 hr, 7 day, 14 day, and 28 day time intervals, 1 mL of the inoculated product was transferred into 9 mL of a recovery diluent, that was validated to confirm neutralization of the antimicrobial preservative. One mL of the diluted sample was then transferred to a sterile petri dish and combined with 15-20 mL of an agar broth to culture the organisms. Plates were then incubated for 3 to 5 days, upon which colonies were counted. Initial organism contamination was then calculated based on dilution of the initial sample. Values are reported as "Log Reduction." The organisms used in the AET testing are listed in Table IV.

US 8,183,230 B2

| 23 | 24 |

### TABLE IV

| | | | |
|---|---|---|---|
| Organisms tested in Hybrid (USP/Ph. Eur.) Antimicrobial Efficacy Test | | | |
| Test Organism | USP Requirement | Ph. Eur. Requirement | |
| *Escherichia coli* (bacteria, gram negative) (ATCC 8739) | Yes | Only for oral liquids. | |
| *Pseudomonas aeruginosa* (bacteria, gram negative) (ATCC 9027) | Yes | Yes | |
| *Staphylococcus aureus* (bacteria, gram positive) (ATCC 6538) | Yes | Yes | |
| *Candida albicans* (fungus) (ATCC 10231) | Yes | Yes | |
| *Aspergillus niger* (mold) (ATCC 16404) | Yes | Yes | |

Generally, the USP test requirements are less stringent than Ph. Eur. requirements, which typically have an immediate bacteriocidal activity requirement. The Ph. Eur. requirements shown in Table III have either a "Criteria A" or "Criteria B" specification depending on the rate of microorganism reduction, with criteria A requiring an increased bacteriocidal rate. In order to meet the combined hybrid assay, the initial inoculum count of microorganisms needed to be reduced by the amounts listed in Table V.

### TABLE V

| | | | | |
|---|---|---|---|---|
| USP/Ph. Eur. Requirements for AET (aqueous parenteral) (Individual USP 24 and Ph. Eur. 2000) | | | | |
| | Required Log Reduction in Organism Count | | | |
| | Bacteria | | Fungi (Yeasts/Molds) | |
| | USP | Ph. Eur. | USP | Ph. Eur. |
| 6 hr | — | 2 (crit. A) | — | — |
| 24 hr | | 3 (crit. A) 1 (crit. B) | | |
| 7 Day | 1.0 | —(crit. A) 3 (crit. B) | No inc. from initial | 2 (crit. A) |
| 14 day | 3.0 | — | No inc. from initial | 1 (crit. B) |
| 28 day | No increase from 14 day | None recovered (crit. A) No increase (crit. B) | No inc. from initial | No increase |

### TABLE V-continued

| | | |
|---|---|---|
| USP/Ph. Eur. Combined Requirements | | |
| | Required Log Reduction in Organism Count | |
| | Bacteria | Fungi (Yeasts/Molds) |
| 6 hr | 2 | — |
| 24 hr | 3 (accept 1, Ph. Eur. B) | — |
| 7 day | 3 | 2 |
| 14 day | 3.0 | 1 |
| 28 day | None recovered | No increase |

Stability Measurements. Potential lead formulations were evaluated under various accelerated stability conditions in order to assess potency and purity of compound of Formula Ia, preservative content and SBE-CD content. For example, in one accelerated stability study, potential lead formulations were placed in stability ovens to measure short-term thermal stability. Sample vials (20 mL) were placed in 70° C., 50° C., 30° C., and 5° C. temperature chambers and analyzed for compound of Formula Ia potency and purity, antimicrobial preservative and SBE-CD content, at 1, 3, 6, and 12-week time intervals. Purity and potency assays to measure compound of Formula Ia, as well as antimicrobial preservatives and SBE-CD content, were performed using validated HPLC methodology. SBE-CD was assayed using GTP 5984.

D. Injection Site Toleration.

Compound of Formula Ia formulations were evaluated for injection site toleration (hereinafter "IST"). In general, formulations not containing SBE-CD were, generally, poorly tolerated. Formulations consisting of 10 mgA/mL compound of Formula Ia, 10% excess meta-cresol (0.33% w/v) and about 6.8% to 7.6% SBE-CD were evaluated for IST. In particular, formulations containing 10 mgA/mL compound of Formula Ia, 61 to 72 mg/mL SBE-CD and 3.2 to 4.2 mg/mL meta-cresol were tested for injection site toleration and all were well tolerated.

Formulations were tested in groups of 4 dogs comprised of beagles and mongrels. On each of four consecutive days, the dogs daily received two subcutaneous injections of vehicle alone as a control over the left shoulder at 0.1 ml/kg and active formulation (10 mgA/mL compound of Formula Ia at 1 mg/kg) over the right shoulder. Dogs were observed daily for evidence of reaction at the injection site and a score of 0-4 (see Table VI) was given for each of the following parameters: pain on injection, erythema, tissue thickening, pain on palpation and edema. Dogs were observed daily until day 5 (24 hours after the last dose).

### TABLE VI

| | | | | |
|---|---|---|---|---|
| Injection Site Toleration Scoring | | | | |
| Pain on Injection | Erythema | Tissue Thickening | Pain on Palpation | Edema |
| 0 = no reaction | 0 = no erythema | 0 = no thickening | 0 = no pain | 0 = no edema |
| 1 = very slight response hunch, look @ site | 1 = very slight erythema barely perceptible | 1 = very slight reaction barely perceptible | 1 = mild pain on deep palpation | 1 = very mild edema barely perceptible |
| 2 = mild response minor vocalization lick/scratch @ site | 2 = mild erythema well defined | 2 = mild, palpable reaction <= 1 cm | 2 = mild pain on palpation | 2 = mild palpable edema |
| 3 = moderate response major vocalization bite @ site, motor activity | 3 = moderate erythema reaction 1-2 cm | 3 = moderate, palpable on palpation | 3 = moderate pain | 3 = moderate palpable focal edema |

US 8,183,230 B2

25                                                                                              26

TABLE VI-continued

| Injection Site Toleration Scoring | | | | |
|---|---|---|---|---|
| Pain on Injection | Erythema | Tissue Thickening | Pain on Palpation | Edema |
| 4 = severe response similar to 3, >5 min duration | 4 = severe erythema beet redness any eschar formation | 4 = severe reaction >2 cm | 4 = severe pain on palpation | 4 = severe diffuse edema |

EXPERIMENTALS

Experimental 1

Selection of Antimicrobial Preservatives for Injectable Compound of Formula Ia

Study A (Large Antimicrobial Preservative Screen)

The efficacy of several different antimicrobial preservatives in combination with compound of Formula Ia and SBE-CD were investigated. Literature indicated that the antimicrobial preservatives that met both the USP and either Ph. Eur. criteria A or B requirements were ethanol, propylene glycol, benzoic acid, thimerosal, meta-cresol, (Lucchini, J. J.; Corre, J.; and Cremieux, A. "Antibacterial activity of phenolic compounds and aromatic alcohols" *Res. Microbiol.* 141, 499-510, (1990)) and the combination of chlorobutanol/phenylethanol.

Table VII sets forth results for screening various antimicrobial preservatives or combinations thereof.

TABLE VII

| ANTIMICROBIAL EFFECTIVENESS TESTING: SCREEN FOR ANTIMICROBIAL PRESERVATIVE SYSTEM | | | | | |
|---|---|---|---|---|---|
| | | | AET RESULTS AGAINST COMPENDIA | | |
| ANTIMICROBIAL PRESERVATIVE | FORMULATION DESCRIPTION | ACCEPTABLE STABILITY | USP | Ph. Eur. Criteria A | Ph. Eur. Criteria B |
| Benzalkonium Chloride (0.01%) | pH 4.4 10% SBE-CD | Not Tested | | | |
| Benzalkonium Chloride (0.01%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | | |
| Benzalkonium Chloride (0.02%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Benzethonium Chloride (0.02%) | pH 4.4 10% SBE-CD | Not Tested | | | |
| Benzethonium Chloride (0.02%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | | |
| Benzethonium Chloride (0.04%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Benzoic Acid (0.2%) | pH 4.2 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Benzoic Acid (0.2%) | pH 4.2 10% SBE-CD | ✓ | ✓ | | |
| Bronopol (0.1%) | pH 5.0 10% SBE-CD | Not Tested | ✓ | | |
| Bronopol (0.1%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Bronopol (0.2%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Chlorobutanol (0.5%) | pH 3.5 5% SBE-CD | Not Tested | ✓ | | |
| Chlorobutanol & Phenylethanol (0.5%/0.5%) | pH 3.5 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| Chlorobutanol & Phenylethanol (0.5%/0.5%) | pH 3.5 10% SBE-CD | ✓ | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.4%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.3%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.2%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.1 %) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorhexidine Gluconate (0.5%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | |

US 8,183,230 B2

27     28

TABLE VII-continued

ANTIMICROBIAL EFFECTIVENESS TESTING:
SCREEN FOR ANTIMICROBIAL PRESERVATIVE SYSTEM

| ANTIMICROBIAL PRESERVATIVE | FORMULATION DESCRIPTION | ACCEPTABLE STABILITY | AET RESULTS AGAINST COMPENDIA | | |
| | | | USP | Ph. Eur. Criteria A | Ph. Eur. Criteria B |
|---|---|---|---|---|---|
| Ethanol (15%) | pH 4.4 10% SBE-CD | Not Tested | ✓ | | ✓ |
| Ethanol (15%) | pH 4.4 5% SBE-CD | ✓ | ✓ | | ✓ |
| Ethanol (30%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| Benzalkonium Chloride (0.01%) | pH 4.4 10% SBE-CD | Not Tested | | | |
| Benzalkonium Chloride 0.01% | pH 4.4 5% SBE-CD | Not Tested | ✓ | | |
| Benzalkonium Chloride (0.02%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Benzethonium Chloride (0.02%) | pH 4.4 10% SBE-CD | Not Tested | ✓ | | |
| Benzethonium Chloride (0.02%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Benzethonium Chloride (0.04%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Benzoic Acid (0.2%) | pH 4.2 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Benzoic Acid (0.2%) | pH 4.2 10% SBE-CD | ✓ | ✓ | | |
| Bronopol (0.1%) | pH 5.0 10% SBE-CD | Not Tested | ✓ | | |
| Bronopol (0.1%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Bronopol (0.2%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | ✓ |
| Chlorobutanol (0.5%) | pH 3.5 5% SBE-CD | Not Tested | ✓ | | |
| Chlorobutanol & Phenylethanol (0.5%/0.5%) | pH 3.5 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| Chlorobutanol & Phenylethanol (0.5%/0.5%) | pH 3.5 10% SBE-CD | ✓ | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.4%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.3%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.2%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorobutanol & Phenylethanol (0.5%/0.1 %) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Chlorhexidine Gluconate (0.5%) | pH 5.0 5% SBE-CD | Not Tested | ✓ | | |
| Ethanol (15%) | pH 4.4 10% SBE-CD | Not Tested | ✓ | | ✓ |
| Ethanol (15%) | pH 4.4 5% SBE-CD | ✓ | ✓ | | ✓ |
| Ethanol (30%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| meta-cresol (0.3%) | pH 4.4 10% SBE-CD | ✓ | ✓ | | |
| meta-cresol (0.3%) | pH 4.4 8% SBE-CD | Not Tested | ✓ | | ✓ |
| meta-cresol (0.3%) | pH 4.4 9% SBE-CD | Not Tested | ✓ | | ✓ |
| Phenol (0.5%) | pH 4.4 10% SBE-CD | ✓ | ✓ | | ✓ |
| Phenylethanol (0.5%) | pH 3.5 10% SBE-CD | Not Tested | | | |
| Propylene Glycol (25%) | pH 4.4 10% SBE-CD | Not Tested | ✓ | | |
| Propylene Glycol (25%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | | |
| Propylene Glycol (50%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |

US 8,183,230 B2

29

30

TABLE VII-continued

| ANTIMICROBIAL EFFECTIVENESS TESTING: SCREEN FOR ANTIMICROBIAL PRESERVATIVE SYSTEM | | | | | |
|---|---|---|---|---|---|
| | | | AET RESULTS AGAINST COMPENDIA | | |
| ANTIMICROBIAL PRESERVATIVE | FORMULATION DESCRIPTION | ACCEPTABLE STABILITY | USP | Ph. Eur. Criteria A | Ph. Eur. Criteria B |
| Sucrose (50%) | pH 4.4 5% SBE-CD | Not Tested | | | |
| Thimerosal (0.02%) | pH 4.4 10% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| Thimerosal (0.01%) | pH 4.4 10% SBE-CD | Poor Stability | ✓ | ✓ | ✓ |
| Thimerosal (0.01%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |
| Thimerosal (0.02%) | pH 4.4 5% SBE-CD | Not Tested | ✓ | ✓ | ✓ |

✓ denotes USP and/or Ph. Eur. Criteria satisfied

Formulations containing these antimicrobial preservatives were further evaluated for physical and chemical stability and injection site toleration. (See Table VII). The co-solvent anti-microbial preservative approaches, ethanol and propylene glycol, failed to satisfy acceptable IST. Furthermore, benzoic acid formulations also provided poor IST results.

TABLE VIII

| Results of Study A | | | | | | |
|---|---|---|---|---|---|---|
| | Antimicrobial preservative | | | | AET Results | |
| Antimicrobial preservative Formulation* | Content (Actual/ Precedence) | IST | Stability | USP | Ph. Eur. Criteria A | Ph. Eur. Criteria B |
| Benzoic acid pH: 4.2 SBE-CD: 10% | 0.2%/0.2% | Poor | OK 12 w/70 C. | ✓ | s. aur (6, 24 hr) c. alb (7 d) | ✓ |
| Chlorobutanol & Phenylethanol pH: 3.5 SBE-CD: 5% | 05%/05% Chloro/Phenyl | Poor | NT | ✓ | ✓ | ✓ |
| Ethanol pH: 4.4 SBE-CD: 10% | 15%/70% | Poor | NT | ✓ | s. aur (6 hr) | ✓ |
| Ethanol pH: 4.4 SBE-CD: 5% | 15%/70% | Poor | OK 1 w/70 | ✓ | a. niger (7 d) | ✓ |
| meta-cresol pH: 4.4 SBE-CD: 10% | 0.3%/0.3% | Good | OK 12 w/70 C. | ✓ | s. aur (6, 24 hr) c. alb (7 d) | ✓ |
| Propylene glycol pH: 4.4 SBE-CD: 10% | 50%/40% | Poor | NT | ✓ | ✓ | ✓ |
| Thimerosal pH: 4.4 SBE-CD: 10% | 0.01%/0.01% | Good | 1 wk/70 | ✓ | ✓ | ✓ |

*All formulations contained compound of Formula Ia at 10 mgA/mL

✓ denotes USP and/or Ph. Eur. Criteria satisfied.

US 8,183,230 B2

31

Study B (Ph. Eur. Criteria B Meeting Antimicrobial Preservative Screen)

All antimicrobial preservatives that met Ph. Eur. criteria B were further screened for injection site toleration and stability. The leads identified in Table VII and Table IX that met criteria B were thimerosal, meta-cresol, and benzoic acid. These formulations were evaluated for stability and IST (Table VII).

Results from the studies indicated that stability of thimerosal was commercially undesirable for the formulation. Only 30% of the thimerosal remained in the formulation after 1 week at 70° C. storage and complete loss was observed after 6 weeks. (Tan, M., Parkin, L. E. "Route of decomposition of thimerosal" *Int. J. Pharm.* 195 No. 1-2, 23-34, 2000).

Benzoic acid showed no detectable loss over 12 weeks at 70° C. storage, which was sufficiently stable for the formulation. Although the stability of benzoic acid was acceptable, moderate to severe pain on injection eliminated it from further consideration.

On the other hand, meta-cresol containing formulations exhibited excellent stability and injection site toleration. Accordingly, meta-cresol was identified as the preferable antimicrobial preservative due to excellent injection site tolerability, as well as robustly meeting Ph. Eur. criteria A for preservative efficacy. Because of these favorable performance characteristics, the formulation was optimized with respect to SBE-CD concentration, resulting in a formulation with a high margin of solubility, robust antimicrobial preservative efficacy, and acceptable injection site toleration.

The stability of meta-cresol and compound of Formula Ia in formulations containing 3 mg/mL meta-cresol, 100 mg/mL SBE-CD and 10 mgA/mL compound of Formula Ia is shown in Table IX. Robust stability for both compound of Formula Ia and meta-cresol was demonstrated. The compound of Formula Ia experienced a 3% loss (relative to 1 week at 5° C.) after 12 weeks at 70° C., while the meta-cresol potency decreased by 2%.

TABLE IX

Stability of meta-cresol and compound of Formula Ia

| Storage Condition | Time-point | Compound of Formula Ia CONTENT (% INTENT) | | meta-cresol CONTENT (% INTENT) | |
|---|---|---|---|---|---|
| | | Amber-Treated | Amber-Untreated | Amber-Treated | Amber-Untreated |
| 70° C. | 1 week | 94 | 94 | 100 | 100 |
| | 2 weeks | 94 | 94 | 103 | 103 |
| | 3 weeks | 92 | 94 | 100 | 102 |
| | 6 weeks | 92 | 93 | 101 | 101 |
| | 12 weeks | 93 | 93 | 100 | 100 |
| 50° C. | 1 week | 95 | 96 | 99 | 100 |
| | 3 weeks | 95 | 93 | 103 | 101 |
| | 6 weeks | 96 | 94 | 104 | 102 |
| | 12 weeks | 95 | Not tested | 100 | Not tested |
| 5° C. | 1 week | 97 | 96 | 102 | 102 |
| | 3 weeks | 96 | 95 | 104 | 103 |
| | 6 weeks | 95 | 94 | 104 | 102 |
| | 12 weeks | 94 | 94 | 98 | 98 |
| ICH Photo-stability | 1X ICH UV/FI | 92 | 93 | 102 | 102 |

Preferred Embodiments

A. A pharmaceutical composition comprising a therapeutically effective amount of an Active Pharmaceutical Ingredient, a β-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient, wherein the preservative demonstrates pharmaceutically acceptable antimicrobial preservative effectiveness.

32

B. The pharmaceutical composition according to preferred embodiment A wherein the β-cyclodextrin is 2-hydroxypropyl-β-cyclodextrin or sulfobutyl ether-β-cyclodextrin.

C. The pharmaceutical composition according to preferred embodiment B wherein the preservative is selected from thimerosal, propylene glycol, phenol, or meta-cresol or a combination thereof.

D. The pharmaceutical composition according to preferred embodiments B or C wherein the preservative has a binding value to the cyclodextrin that is less than a binding value of the Active Pharmaceutical Ingredient to cyclodextrin.

E. The pharmaceutical composition according to preferred embodiment D, wherein the concentration of preservative is about 0.1 mg/mL to about 600 mg/mL.

F. The pharmaceutical composition according to preferred embodiment E, wherein the preservative is meta-cresol and the concentration of preservative is about 0.1 mg/mL to about 20 mg/mL.

G. The pharmaceutical composition according to preferred embodiment F wherein about 1 mg/mL to about 5 mg/mL of the meta-cresol is unsequestered in the cyclodextrin.

H. The pharmaceutical composition according to preferred embodiment G wherein about 2.5 mg/mL of the preservative is unsequestered in the cyclodextrin.

I. The pharmaceutical composition according to preferred embodiment D wherein the binding value of the Active Pharmaceutical Ingredient to cyclodextrin is between 500 $M^{-1}$ and 10,000 $M^{-1}$.

J. The pharmaceutical composition according to preferred embodiment I wherein the binding value of the Active Pharmaceutical Ingredient to cyclodextrin is between 800 $M^{-1}$ and 3,000 $M^{-1}$.

K. The pharmaceutical composition according to preferred embodiment D wherein the Active Pharmaceutical Ingredient has a greater than or equal to two-fold binding constant with cyclodextrin over that of the preservative.

L. The pharmaceutical composition according to preferred embodiment K wherein the binding constant is greater than or equal to five-fold.

M. The pharmaceutical composition according to preferred embodiment L wherein the binding constant is greater than or equal to ten-fold.

N. The pharmaceutical composition according to preferred embodiment D having antimicrobial effectiveness against bacteria such that the bacteria concentration decreases at a 2 or greater log reduction after 6 hours, a 3 or greater log reduction after 24 hours, and zero recovery of bacteria after 28 days.

O. The pharmaceutical composition according to preferred embodiment N wherein the bacteria are *Escherichia coli* (bacteria, gram negative)(ATCC8739), *Pseudomonas aeruginosa* (bacteria, gram negative)(ATCC9027) and *Staphylococcus auereus* (bacteria, gram positive)(ATCC6538).

P. The pharmaceutical composition according to preferred embodiment O having antimicrobial effectiveness against a fungus or mold such that the fungus or mold concentration decreases at a 2 or greater log reduction after 7 days, a 1 log reduction after 14 days, and no increase in fungus or mold after 14 days to about 28 days.

Q. The pharmaceutical composition according to preferred embodiment P wherein the fungus is *Candida albicans* (fungus)(ATCC 10231).

R. The pharmaceutical composition according to preferred embodiment P wherein the mold is *Aspergillus niger* (mold) (ATCC 16404).

S. A pharmaceutical composition of preferred embodiment D wherein the antimicrobial effectiveness satisfies Ph. Eur. Criteria A and B and USP AET criteria.

US 8,183,230 B2

33

T. A pharmaceutical composition comprising a compound of Formula I,

I

wherein $R^2$ is selected from the group consisting of methyl, ethyl, isopropyl, sec-butyl and tertbutyl, a pharmaceutically acceptable β-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle and an optional pharmaceutically acceptable excipient.

U. The pharmaceutical composition according to preferred embodiment T wherein the β-cyclodextrin is 2-hydroxypropyl-β-cyclodextrin or sulfobutyl ether-⊕-cyclodextrin.

V. The pharmaceutical composition according to preferred embodiment U wherein the pharmaceutically acceptable preservative is selected from thimerosal, propylene glycol, phenol or meta-cresol, or a combination thereof.

W. The pharmaceutical composition according to preferred embodiment V wherein the preservative is meta-cresol.

X. The pharmaceutical composition according to preferred embodiment W having a pH in a range of about 4 to about 5.

Y. The pharmaceutical composition according to preferred embodiments W or X wherein about 1 mg/mL to about 5 mg/mL of the preservative is unsequestered in the cyclodextrin.

Z. The pharmaceutical composition according to preferred embodiment Y wherein the compound of Formula I, or a pharmaceutically acceptable salt thereof, is in an amount of about 0.1 mg/mL to about 100 mg/mL and the β-cyclodextrin is in an amount of about 20 mg/mL to about 200 mg/mL and the preservative is meta-cresol.

A1. A pharmaceutical composition according to preferred embodiment Z wherein the β-cyclodextrin is in the amount of 55 mg/mL to 100 mg/mL and the meta-cresol is an amount of about 2.5 mg/mL to 3.5 mg/mL.

34

B1. A pharmaceutical composition according to preferred embodiments T, U, W or X wherein the compound of Formula I is the compound of Formula Ia,

Ia

or its pharmaceutically acceptable salts.

C1. A pharmaceutical composition according to preferred embodiment B1 wherein the compound of Formula Ia, or a pharmaceutically acceptable salt thereof, is in an amount of about 0.1 mg/mL to about 100 mg/mL and the β-cyclodextrin is in an amount of about 20 mg/mL to about 200 mg/mL and the preservative is meta-cresol and is in an amount of about 1 mg/mL to about 5 mg/mL.

D1. The pharmaceutical composition according to preferred embodiment C1 wherein the β-cyclodextrin is in an amount of about 55 mg/mL to about 100 mg/mL and the preservative is meta-cresol and is in an amount of about 2.5 mg/mL to about 3.5 mg/mL.

E1. The pharmaceutical composition according to preferred embodiment D1 wherein the β-cyclodextrin is sulfobutyl ether-β-cyclodextrin.

F1. A pharmaceutical composition comprising the compound of Formula Ia,

Ia

or its pharmaceutically acceptable salts, wherein the compound of Formula Ia is 10 mgA/mL, sulfobutyl ether-β-cyclodextrin is in an amount of about 63 mg/mL and meta-cresol is in an amount of about 3.3 mg/mL, a pharmaceutically acceptable vehicle and an optional pharmaceutically acceptable excipient.

G1. The pharmaceutical composition of preferred embodiment F1 wherein the pharmaceutically acceptable salt of the compound of Formula Ia is citrate.

US 8,183,230 B2

35

H1. A method for the treatment of emesis or improving anesthesia recovery in mammals comprising parenterally injecting into the mammal an aqueous pharmaceutical composition comprising the pharmaceutical composition of preferred embodiments T, U, V, W, X, F1 or G1, the β-cyclodextrin being present in amounts which are sufficient for improved injection toleration at the injection site.

I1. A method for the treatment of emesis or improving anesthesia recovery in mammals comprising parenterally injecting into the mammal an aqueous pharmaceutical composition comprising the pharmaceutical composition of preferred embodiment F1.

J1. The method according to preferred embodiment I1 wherein the pharmaceutically acceptable salt is citrate.

K1. The method according to preferred embodiments I1 or J1 wherein administration is subcutaneous.

L1. A method of improving injection site toleration during the treatment of emesis or the treatment of improving anesthesia recovery in a mammal comprising parenterally injecting into the mammal a pharmaceutically acceptable solution of the the pharmaceutical composition according to preferred embodiments T, U, V, W, X, F1 or G1.

M1. A method of improving injection site toleration during the treatment of emesis or the treatment of improving anesthesia recovery in a mammal comprising parenterally injecting into the mammal a pharmaceutically acceptable solution of the the pharmaceutical composition according to preferred embodiment F1.

N1. The method of preferred embodiment M1 wherein the pharmaceutically acceptable salt is citrate.

O1. A method to develop preserved API compositions comprising a therapeutically effective amount of an API, a β-cyclodextrin and a pharmaceutically acceptable preservative.

P1. The method according to preferred embodiment O1 wherein the preservative has a binding value to the cyclodextrin that is less than a binding value of the API to cyclodextrin.

Q1. The method according to preferred embodiment P1 wherein the preservative is selected from thimerosal, glycol, phenol or meta-cresol or a combination thereof

R1. The method of preferred embodiments P1 or Q1 wherein the binding value of the API with the cyclodextrin is greater than 50 M$^{-1}$.

S1. The method of preferred embodiment R1 wherein the binding value of the API with the cyclodextrin is between 500 and 10,000 M$^{-1}$.

T1. The method of preferred embodiment S1 wherein the binding value of the API with the cyclodextrin is between 800 and 3,000 M$^-$.

U1. The method of preferred embodiment T1 wherein Antimicrobial Effectiveness Test (AET) requirements meet Pharmaceopia Europa Criteria A and B and USP AET criteria.

36

The invention claimed is:

1. A parenteral pharmaceutical composition with injection site toleration comprising a therapeutically effective amount of a compound of Formula (1a),

(Ia)

or a pharmaceutically acceptable salt thereof, a β-cyclodextrin, a pharmaceutically acceptable preservative, a pharmaceutically acceptable vehicle, and an optional pharmaceutically acceptable excipient, wherein the preservative demonstrates pharmaceutically acceptable antimicrobial preservative effectiveness and is selected from the group consisting of thimerosal, propylene glycol, phenol, or meta-cresol.

2. The pharmaceutical composition according to claim 1 wherein the β-cyclodextrin is 2-hydroxypropyl-β-cyclodextrin or sulfobutyl ether-β-cyclodextrin.

3. The pharmaceutical composition according to claim 2 wherein the preservative is about 2.5 to about 3.5 mg/mL of meta-cresol, the cyclodextrin is sulfobutyl ether-β-cyclodextrin, and wherein the pharmaceutically acceptable salt is the citrate monohydrate salt.

4. The pharmaceutical composition according to claim 3 wherein the preservative has a binding value to the cyclodextrin that is less than the binding value of the compound of Formula (1a) to cyclodextrin.

5. The pharmaceutical composition according to claim 4 wherein the binding value of the compound of Formula (1a) to cyclodextrin is between 800 M$^{-1}$ and 3,000 M.

6. A pharmaceutical composition comprising about 10 mg/mL of a compound of Formula (1a),

(Ia)

about 3.3 mg/mL meta-cresol, about 63 mg/mL sulfobutyl ether-β-cyclodextrin, and a pharmaceutically acceptable vehicle.

7. A method for the treatment of emesis in an animal comprising administering to said animal a composition according to claim 1.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.         : 8,183,230 B2                                    Page 1 of 1
APPLICATION NO.    : 10/588070
DATED             : May 22, 2012
INVENTOR(S)       : Adami et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 36, line 41, at the end of the line, "3000 M." should read "3000 M-1."

Signed and Sealed this
Twenty-eighth Day of August, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

# Cerenia®
## (maropitant citrate)
### Tablets and Injectable Solution

**Antiemetic**

CERENIA Tablets
*For oral use in dogs only*
CERENIA Injectable
*For subcutaneous or intravenous injection in dogs and cats*

**CAUTION:** Federal law restricts this drug to use by or on the order of a licensed veterinarian.

**DESCRIPTION:** Maropitant is a neurokinin ($NK_1$) receptor antagonist that blocks the pharmacological action of substance P in the central nervous system (CNS). Maropitant is the non-proprietary designation for a substituted quinuclidine. The empirical formula is $C_{32}H_{40}N_2O$ $C_6H_8O_7 \cdot H_2O$ and the molecular weight 678.81. The chemical name is (2S,3S)-2-benzhydryl-N-(5-*tert*-butyl-2-methoxybenzyl) quinuclidin-3-amine citrate monohydrate. Each peach-colored oval tablet is scored and contains 16, 24, 60 or 160 mg of maropitant as maropitant citrate per tablet. Each mL of CERENIA Injectable Solution contains 10 mg maropitant, 63 mg sulphobutylether-beta-cyclodextrin, 3.3 mg meta-cresol and water for injection.

The chemical structure of maropitant citrate is:

**INDICATIONS:** CERENIA (maropitant citrate) Tablets are indicated for the prevention of acute vomiting and the prevention of vomiting due to motion sickness in dogs. CERENIA (maropitant citrate) Injectable Solution is indicated for the prevention and treatment of acute vomiting in dogs and for the treatment of vomiting in cats.

**DOSAGE AND ADMINISTRATION (CERENIA Tablets):**
**For Prevention of Acute Vomiting:**

**For Prevention of Acute Vomiting in dogs 2-7 months of age:** Administer CERENIA Tablets orally at a minimum dose of 2 mg/kg (0.9 mg/lb) body weight once daily for up to 5 consecutive days (see WARNINGS and Animal Safety).

**For Prevention of Acute Vomiting in dogs 7 months of age and older:** Administer CERENIA Tablets orally at a minimum dose of 2 mg/kg (0.9 mg/lb) body weight once daily until resolution of acute vomiting.

If vomiting persists despite treatment, the case should be re-evaluated. CERENIA is most effective in preventing acute vomiting associated with chemotherapy if administered prior to the chemotherapeutic agent.

**For prevention of acute vomiting, dispense whole or half tablets in strength(s) that most closely result in a 2 mg/kg dose:**

| Dog body weight | | Number of Tablets | | |
|---|---|---|---|---|
| Pounds | Kilograms | 16 mg | 24 mg | 60 mg |
| 8 | 4 | 1/2 | | |
| 15 | 8 | 1 | | |
| 25 | 12 | | 1 | |
| 50 | 24 | | 2 | |
| 65 | 30 | | | 1 |
| 130 | 60 | | | 2 |

**Interchangeable use with CERENIA Injectable Solution for Prevention of Acute Vomiting:**
In dogs that are actively vomiting, to ensure that the full initial dose is administered, **CERENIA Injectable Solution is recommended at a dose of 1 mg/kg once daily.** Thereafter, for the prevention of acute vomiting, **CERENIA Tablets at a dose of 2 mg/kg once daily** may be used interchangeably with CERENIA Injectable Solution for up to 5 days.

**For Prevention of Vomiting Due to Motion Sickness in dogs 4 months and older:**
Administer CERENIA Tablets orally at a minimum dose of 8 mg/kg (3.6 mg/lb) body weight once daily for up to 2 consecutive days (see WARNINGS and Animal Safety).

Administer CERENIA Tablets a minimum of two hours prior to travel with a small amount of food to mitigate vomiting associated with administration of the dose on an empty stomach; however, refrain from feeding a full meal prior to travel.

**Prevention of Vomiting Due to Motion Sickness in Dogs 4 months of age and older:**
**Dispense whole or half tablets in strengths that most closely result in an 8 mg/kg dose once daily for up to 2 consecutive days:**

| Dog body weight | | Number of Tablets | | | |
|---|---|---|---|---|---|
| Pounds | Kilograms | 16 mg | 24 mg | 60 mg | 160 mg |
| 2 | 1 | 1/2 | | | |
| 3 | 1.5 | | 1/2 | | |
| 4 | 2 | 1 | | | |
| 6 | 3 | | 1 | | |
| 8 | 4 | 2 | | | |
| 13 | 6 | | 2 | | |
| 16 | 7.5 | | | 1 | |
| 22 | 10 | | | | 1/2 |
| 33 | 15 | | | 2 | |
| 44 | 20 | | | | 1 |
| 66 | 30 | | | | 1 1/2 |
| 88 | 40 | | | | 2 |
| 132 | 60 | | | | 3 |

CERENIA Injectable Solution should not be used interchangeably with CERENIA Tablets for the prevention of vomiting due to motion sickness (8mg/kg).

**DOSAGE AND ADMINISTRATION (CERENIA Injectable):**
Use of refrigerated product may reduce the pain response associated with subcutaneous injection.
**Dogs:**
**For Prevention and Treatment of Acute Vomiting in Dogs:**
**Dogs 2-4 Months of Age:** Administer CERENIA Injectable Solution subcutaneously at 1 mg/kg (0.45 mg/lb) equal to 0.1 mL/kg (0.1 mL/2.2 lb) of body weight once daily for up to 5 consecutive days.
**Dogs 4 months of Age and Older:** Administer CERENIA Injectable Solution intravenously over 1-2 minutes or subcutaneously at 1 mg/kg (0.45 mg/lb) equal to 0.1 mL/1 kg (1 mL/22 lb) of body weight once daily for up to 5 consecutive days.
In dogs that are actively vomiting, it is recommended to initiate treatment with CERENIA Injectable Solution. Thereafter, CERENIA Tablets may be used for the prevention of acute vomiting at a dose of 2 mg/kg once daily. (See CERENIA Tablets package insert for complete prescribing information).
**For Prevention of Vomiting in Dogs 4 months of Age and Older Caused by Emetogenic Medications or Chemotherapeutic Agents:**
Administer CERENIA Injectable Solution intravenously over 1-2 minutes or subcutaneously at 1 mg/kg (0.45 mg/lb) of body weight one time, 45-60 minutes prior to use of emetogenic medications or chemotherapeutic agents.
**Cats:**
**For Treatment of Vomiting in Cats 4 Months of Age and Older:**
Administer CERENIA Injectable Solution intravenously over 1-2 minutes or subcutaneously at 1 mg/kg (0.45 mg/lb) equal to 0.1 mL/kg (0.1 mL/2.2 lb) of body weight once daily for up to 5 consecutive days.
The underlying cause of acute vomiting should be identified and addressed in dogs and cats that receive CERENIA Injectable Solution. If vomiting persists despite treatment, the case should be re-evaluated.

**WARNINGS:** Not for use in humans. Keep out of the reach of children. In case of accidental ingestion by children, or exposure, seek medical advice. Topical exposure may elicit localized allergic skin reactions in some individuals. Repeated or prolonged exposure may lead to skin sensitization. Wash hands with soap and water after administering drug and in case of accidental skin exposure. CERENIA is also an ocular irritant. In case of accidental eye exposure, flush with water for 15 minutes and seek medical attention.

In puppies younger than 11 weeks of age, histological evidence of bone marrow hypocellularity was observed at higher frequency and greater severity in puppies treated with CERENIA compared to control puppies. In puppies 16 weeks and older, bone marrow hypocellularity was not observed (see **ANIMAL SAFETY**).

**PRECAUTIONS:** The safe use of CERENIA Tablets and Injectable Solution has not been evaluated in dogs or cats used for breeding, or in pregnant or lactating bitches or queens.

The safe use of CERENIA Injectable Solution has not been evaluated in dogs or cats with gastrointestinal obstruction or that have ingested toxins.

Use with caution in patients with hepatic dysfunction because CERENIA Injectable Solution is metabolized by CYP3A, CYP2D15 (dogs) and CYP1A (cats) enzymes (see **Pharmacokinetics**). The influence of concomitant drugs that may inhibit the metabolism of CERENIA Injectable Solution has not been evaluated. CERENIA Injectable Solution is highly protein bound. Use with caution with other medications that are highly protein bound. The concomitant use of CERENIA Injectable Solution with other protein bound drugs has not been studied in dogs or cats. Commonly used protein bound drugs include NSAIDs, cardiac, anticonvulsant, and behavioral medications. Drug compatibility should be monitored in patients requiring adjunctive therapy.

CERENIA Tablets causes dose related decreases in appetite and body weight (see **ANIMAL SAFETY**). To maximize therapeutic potential of CERENIA Tablets, the underlying cause of vomiting should be identified and addressed in dogs receiving CERENIA Tablets.

**ADVERSE REACTIONS:**
**CERENIA Tablets**
**Prevention of Acute Vomiting (minimum of 2 mg/kg)**
The following adverse reactions were reported during the course of a US field study for the prevention of acute vomiting in dogs treated with CERENIA Tablets at a minimum of 2 mg/kg orally and/or Injectable Solution at 1 mg/kg subcutaneously once daily for up to 5 consecutive days:

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=69) | | CERENIA (n=206) | |
|---|---|---|---|---|
| | # dogs | % occurrence | # dogs | % occurrence |
| Death during study | 4 | 5.8 | 10 | 4.9 |
| Euthanized during study | 0 | 0 | 2 | 1 |
| Diarrhea | 6 | 8.7 | 8 | 3.9 |
| Hematochezia/bloody stool | 5 | 7.2 | 4 | 1.9 |
| Anorexia | 2 | 2.9 | 3 | 1.5 |
| Otitis/Otorrhea | 0 | 0 | 3 | 1.5 |
| Endotoxic Shock | 1 | 1.4 | 2 | 1 |
| Hematuria | 0 | 0 | 2 | 1 |
| Excoriation | 0 | 0 | 2 | 1 |

Other clinical signs were reported but were <0.5% of dogs.

**Prevention of Vomiting Due to Motion Sickness (minimum of 8 mg/kg)**
The following adverse reactions were reported during US studies for the prevention of vomiting due to motion sickness in dogs treated with CERENIA Tablets at a minimum of 8 mg/kg orally one time. Dogs may have experienced more than one of the observed adverse reactions.

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=195) | | CERENIA (n=208) | |
|---|---|---|---|---|
| | # dogs | % occurrence | # dogs | % occurrence |
| Hypersalivation | 19 | 9.7 | 26 | 12.5 |
| Vomiting[1] | 0 | 0 | 11 | 5.3 |
| Muscle Tremors | 1 | 0.5 | 2 | 1 |
| Sedation/Depression | 3 | 1.5 | 2 | 1 |
| Retching | 3 | 1.5 | 1 | 0.5 |
| Flatulence | 0 | 0 | 1 | 0.5 |

[1] Not associated with motion sickness

The following adverse reactions were reported during a European field study for the prevention of vomiting due to motion sickness in dogs treated with CERENIA Tablets at a minimum of 8 mg/kg orally once daily for 2 consecutive days. Dogs may have experienced more than one of the observed adverse reactions.

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=106) | | CERENIA (n=107) | |
|---|---|---|---|---|
| | # dogs | % occurrence | # dogs | % occurrence |
| Vomiting | 4 | 4 | 10 | 9 |
| Drowsiness/Lethargy/Apathy | 1 | 1 | 8 | 8 |
| Hypersalivation | 2 | 2 | 5 | 5 |
| Anxiety | 0 | 0 | 2 | 2 |
| Trembling/Tremors | 0 | 0 | 2 | 2 |
| Inappetence | 0 | 0 | 2 | 2 |
| Mucus in stool | 0 | 0 | 1 | 1 |

The following Adverse Reactions were reported during the conduct of a US clinical field trial where CERENIA Tablets were administered once daily for 28 consecutive days to 32 dogs: lethargy, vomiting, inappetence, corneal edema, and enlarged lymph nodes.

**Post-Approval Experience (Revised May 2019)**
The following adverse events are based on post-approval adverse drug experience reporting. Not all adverse events are reported to FDA CVM. It is not always possible to reliably estimate the adverse event frequency or establish a causal relationship to product exposure using these data.
The following adverse events reported for dogs are listed in decreasing order of frequency: anorexia, depression/lethargy, hypersalivation, vomiting, diarrhea, trembling, ataxia, allergic reactions, weight loss, convulsion, hyperactivity, and panting.
Cases of ineffectiveness have been reported.
Cases of death (including euthanasia) have been reported.
To report suspected adverse events, for technical assistance or to obtain a copy of the SDS, contact Zoetis Inc. at 1-888-963-8471 or www.zoetis.com.
For additional information about adverse drug experience reporting for animal drugs, contact FDA at 1-888-FDA-VETS or online at www.fda.gov/reportanimalae.
**ADVERSE REACTIONS:**
**CERENIA Injectable**
**DOGS:**
In a US field study for the prevention and treatment of vomiting associated with administration of cisplatin for cancer chemotherapy, the following adverse reactions were reported in 77 dogs treated with CERENIA Injectable Solution at 1 mg/kg subcutaneously or 41 dogs treated with placebo:

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=41) | | CERENIA (n=77) | |
|---|---|---|---|---|
| | # dogs | % occur | # dogs | % occur |
| Diarrhea | 1 | 2.4 | 6 | 7.8 |
| Anorexia | 0 | 0 | 4 | 5.2 |
| Injection site reaction (swelling, pain upon injection) | 0 | 0 | 3 | 4 |
| Lethargy | 1 | 2.4 | 2 | 2.6 |

The following adverse reactions were reported during the course of a US field study for the prevention and treatment of acute vomiting in dogs treated with 1 mg/kg CERENIA Injectable Solution subcutaneously and/or CERENIA Tablets at a minimum of 2 mg/kg orally once daily for up to 5 consecutive days:

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=69) | | CERENIA (n=206) | |
|---|---|---|---|---|
| | # dogs | % occurrence | # dogs | % occurrence |
| Death during study | 4 | 5.8 | 10 | 4.9 |
| Euthanized during study | 0 | 0 | 2 | 1 |
| Diarrhea | 6 | 8.7 | 8 | 3.9 |
| Hematochezia/bloody stool | 5 | 7.2 | 4 | 1.9 |
| Anorexia | 2 | 2.9 | 3 | 1.5 |
| Otitis/Otorrhea | 0 | 0 | 3 | 1.5 |
| Endotoxic Shock | 1 | 1.4 | 2 | 1 |
| Hematuria | 0 | 0 | 2 | 1 |
| Excoriation | 0 | 0 | 2 | 1 |

Other clinical signs were reported but were <0.5% of dogs.

Adverse reactions seen in a European field study included ataxia, lethargy and injection site soreness in one dog treated with CERENIA Injectable Solution.

**Post-Approval Experience (Rev, 2015)**

The following adverse events are based on post-approval adverse drug experience reporting. Not all adverse events are reported to FDA CVM. It is not always possible to reliably estimate the adverse event frequency or establish a causal relationship to product exposure using these data.

The following adverse events reported for dogs are listed in decreasing order of reporting frequency for CERENIA Injectable Solution: Pain/vocalization upon injection, depression/lethargy, anorexia, anaphylaxis/anaphylactoid reactions (including swelling of the head/face), ataxia, convulsions, hypersalivation, tremors, fever, dyspnea, collapse/loss of consciousness, recumbency, injection site reactions (swelling, inflammation) and sedation.

Cases of death (including euthanasia) have been reported.

**CATS (CERENIA Injectable Solution):**

The following adverse reactions were reported during the course of a US field study for the treatment of vomiting in cats treated with 1 mg/kg CERENIA Injectable Solution subcutaneously once daily for up to five consecutive days:

**Frequency of Adverse Reactions by Treatment**

| Adverse Reaction | Placebo (n=62) | | CERENIA (n=133) | |
|---|---|---|---|---|
| | # cats | % occurrence | # cats | % occurrence |
| Moderate Response to Injection[1,2] | 1 | 1.6 | 30 | 22.6 |
| Significant Response to Injection[1,3] | 1 | 1.6 | 15 | 11.3 |
| Fever/Pyrexia | 2 | 3.2 | 2 | 1.5 |
| Dehydration | 0 | 0 | 3 | 2.3 |
| Lethargy | 0 | 0 | 2 | 1.5 |
| Anorexia | 0 | 0 | 1 | 0.8 |
| Hematuria | 0 | 0 | 1 | 0.8 |
| Hypersalivation | 0 | 0 | 1 | 0.8 |
| Injection site swelling | 1 | 1.6 | 0 | 0 |

[1] The clinician observed and graded each cat's response to injection.
[2] Cat objected to the injection by retreating and vocalizing
[3] Cat objected to the injection by retreating, hissing, scratching, and vocalization

**Post-Approval Experience (Rev, 2015)**

The following adverse events are based on post-approval adverse drug experience reporting. Not all adverse events are reported to FDA CVM. It is not always possible to reliably estimate the adverse event frequency or establish a causal relationship to product exposure using these data. The following adverse events reported for cats are listed in decreasing order of reporting frequency for CERENIA Injectable Solution: Depression/lethargy, anorexia, hypersalivation, pain/ vocalization upon injection, dyspnea, ataxia, fever, recumbency, vomiting, panting, convulsion, and muscle tremor.

Cases of death (including euthanasia) have been reported.

To report suspected adverse events, for technical assistance or to obtain a copy of the SDS, contact Zoetis Inc. at 1-888-963-8471 or www.zoetis.com.

For additional information about adverse drug experience reporting for animal drugs, contact FDA at 1-888-FDA-VETS or www.fda.gov/reportanimalae.

**CLINICAL PHARMACOLOGY:**

**Pharmacodynamics:**

Vomiting is a complex process coordinated centrally by the emetic center which consists of several brainstem nuclei (area postrema, nucleus tractus solitarius, dorsal motor nucleus of the vagus) that receive and integrate sensory stimuli from central and peripheral sources and chemical stimuli from the circulation and the cerebro-spinal fluid. Maropitant is a neurokinin 1 ($NK_1$) receptor antagonist which acts by inhibiting the binding of substance P, a neuropeptide of the tachykinin family. Substance P is found in significant concentrations in the nuclei comprising the emetic center and is considered the key neurotransmitter involved in emesis.[1] By inhibiting the binding of substance P within the emetic center, maropitant provides broad-spectrum effectiveness against neural (central) and humoral (peripheral) causes of vomiting. *In vivo* model studies in dogs have shown that maropitant has antiemetic effectiveness against both central and peripheral emetogens including apomorphine, and syrup of ipecac.

[1]Diemunsch P, Grelot L. Potential of substance P antagonists as antiemetics. [Review] [60 refs]. Drugs. 2000;60:533-46.

**Pharmacokinetics (CERENIA Tablets):**

Mean (±SD) Plasma Pharmacokinetic Parameters for Maropitant in Beagle Dogs after single dose and repeat oral doses of Maropitant:

| PK Parameter | 2 mg/kg Single Dose | 2 mg/kg repeat Doses[1] | 8 mg/kg Single Dose | 8 mg/kg repeat Doses[1] |
|---|---|---|---|---|
| $T_{max}$[2] (hr) | 2.0 (1.5 − 3.0) | 1.5 (1.0 − 3.0) | 1.5 (1.0 − 3.0) | 2.5 (1.5 − 7.0) |
| $C_{max}$ (ng/mL) | 154 (111) | 304 (165) | 588 (416) | 1409 (516) |
| $AUC_{(0-24)}$ (ng*hr/mL) | 1440 (982) | 3890 (3030) | 6730 (5030) | 26600 (9200) |
| $T_{1/2}$[2] (hr) | NC | 7.69 (6.21 - 17.8) | NC | 25.4 (6.06 - 30.0) |
| Accumulation Ratio ($R_{ac}$)[3] | NA | 2.46 (1.68, 3.61) | NA | 4.81 (3.28, 7.05) |

[1]Following once daily doses of maropitant for 14 days.
[2]Median (Range)
[3]Ratio=Multiple Dose $AUC_{(0-24)}$/Single Dose $AUC_{(0-24)}$, Least square means (95% Confidence Interval)
NA= Not Applicable
NC= Not Calculated

Following oral administration, median time to reach Cmax was within 2.5 hr. The absolute bioavailability of maropitant was low (24%) following oral administration of 2 mg/kg maropitant. After an oral dose, prandial status does not significantly affect the extent of oral bioavailability. Greater than dose-proportional drug exposure can be expected with an increase in dose (1-16 mg/kg PO). However as doses increase (20-50 mg/kg PO), the dose proportionality is re-established. Based upon *in vitro* enzyme kinetics, involvement of a high capacity enzyme (CYP3A12) may contribute to this return to dose linearity. Due to dose dependent pharmacokinetics, the maropitant concentrations reached steady state approximately after 4 and 8 days following 2 and 8 mg/kg, respectively. The observed drug accumulation ratios were 2.46 and 4.81, after oral administration of 2 and 8 mg/kg, respectively. The exposure of 10 week old puppies to maropitant was lower than that observed in adult dogs, particularly after repeat doses of 1 or 2 mg/kg. Systemic clearance of maropitant following IV administration was 970, 995, and 533 mL/hr/kg at doses of 1, 2 and 8 mg/kg, respectively.

Urinary recovery of maropitant and its major metabolite was minimal (<1% each). The hepatic metabolism of maropitant involves two cytochrome P-450 isoenzymes: CYP2D15 and CYP3A12. *In vitro* enzyme kinetics data suggest that the non-linear kinetics may be partially associated with saturation of the low capacity enzyme (CYP2D15). Plasma protein binding of maropitant was high (99.5%).

**Pharmacokinetics (CERENIA Injectable):**

CERENIA is formulated using sulphobutylether-ß-cyclodextrin (SBECD), which exhibits enhanced binding to maropitant at refrigerated temperatures. The enhanced binding affinity reverses rapidly upon warming.

**DOGS:**

The pharmacokinetic (PK) characterization associated with maropitant after a single oral (PO), intravenous (IV), or subcutaneous (SC) dose administration in adult Beagle dogs is provided in the table below.

**Pharmacokinetic Parameters in Beagle Dogs (Mean±SD or Mean and Range)**

| PK Parameter | SC at 1 mg/kg (n=8) | IV at 1 mg/kg (n=8) | PO at 2 mg/kg (n=8) | PO at 8 mg/kg (n=8) |
|---|---|---|---|---|
| $AUC_{0-inf}$ (hr*ng/mL) | 759.08±189.49 | 693.83±137.25 | 561±322 | 7840±5600 |
| $C_{max}$ (ng/mL) | 102.99±46.06 | 296.62±60.77 | 81±32 | 776±604 |
| $T_{1/2}$ (hr) | 8.84[a] (6.15-20.48) | 6.85[a] (4.87-11.30) | 4.03 (2.48-7.09) | 5.46 (3.39-7.65) |
| $T_{max}$ (hr) | 0.56±0.40 | n/a | 1.9±0.5 | 1.7±0.7 |

[a] Harmonic mean

The absolute bioavailability of maropitant was much higher following SC injection (91% at 1 mg/kg) than after PO administration (24% at 2 mg/kg). Oral bioavailability may be underestimated due to the presence of nonlinear kinetics and the resulting longer $T_{1/2}$ seen after intravenous (IV) administration. Although hepatic first-pass metabolism contributed to the relatively low bioavailability after an oral dose, prandial status does not significantly affect the extent of oral bioavailability. Greater than dose-proportional drug exposure can be expected with an increase in dose (1–16 mg/kg PO). Systemic clearance of maropitant following IV administration was 1499.13 mL/hr/kg at a dose of 1 mg/kg. An accumulation ratio of 1.5 was observed following once-daily use of maropitant for five consecutive days at 1 (SC) or 2 mg/kg (PO). Urinary recovery of maropitant and its major metabolite was minimal (<1% each). The hepatic metabolism of maropitant involves two cytochrome P-450 isoenzymes: CYP2D15 and CYP3A12. Based on *in vitro* enzyme kinetics data, it is believed that the non-linear kinetics may be partially associated with saturation of the low capacity enzyme (CYP2D15). However as doses increase (20–50 mg/kg PO), dose proportionality is re-established.

Based upon *in vitro* enzyme kinetics, involvement of a high capacity enzyme (CYP3A12) may contribute to this return to dose linearity. Plasma protein binding of maropitant was high (99.5%).

Based on differences in plasma trough concentrations from a single study, the exposure of 10 week old puppies to maropitant may be lower than that observed in adult dogs, particularly after doses of 1 or 2 mg/kg.

**CATS:**

The pharmacokinetic characterization associated with maropitant after a single subcutaneous (SC) or intravenous (IV) dose administration in cats is provided in the table below.

**Pharmacokinetic Parameters for a Single Dose in 6–7 Month Old Cats (Mean±SD or Mean and Range)**

| PK Parameter | SC at 1 mg/kg (n=6) | IV at 1 mg/kg (n=6) |
|---|---|---|
| $AUC_{0-inf}$ (hr*ng/mL) | 2016.07±516.65 | 2116.53±706.72 |
| $C_{max}$ (ng/mL) | 257.84±49.95 | 987.65±421.75 |
| $T_{1/2}$ (hr) | 6.57[a] (5.09-8.60) | 4.86[a] (3.44-6.79) |
| $T_{max}$ (hr) | 0.43±0.33 | n/a |

[a] Harmonic mean

There appears to be an age-related effect on the pharmacokinetics of maropitant in cats; kittens (4 months) have a higher clearance than adults. In multiple IV and SC studies, the mean maropitant half-life in kittens (4-7 months old) is 7.83 hours, compared to 17.2 hours in adults. The mean bioavailability of maropitant after subcutaneous administration in cats was 91.3%. The mean total body clearance (CL) and volume of distribution at steady-state (Vss) determined after IV administration of 1.0 mg/kg to 6 cats was 510 (388 to 603) mL/hr/kg and 2.3 (1.4 to 3.6) L/kg, respectively. Maropitant displays linear kinetics when administered SC within the 0.25–3 mg/kg dose range. Following SC administration of once daily doses of 1 mg/kg body weight for 5 consecutive days, accumulation was 250%. Maropitant undergoes cytochrome P450 (CYP) metabolism in the liver. CYP1A and CYP3A-related enzymes were identified as the feline isoforms involved in the hepatic biotransformation of maropitant. Renal and fecal clearances are minor routes of elimination for maropitant, with less than 1% of a 1 mg/kg SC dose appearing in the urine or feces as maropitant. For the major metabolite, 10.4% of the maropitant dose was recovered in urine and 9.3% in feces. Plasma protein binding of maropitant in cats was estimated to be 99.1%.

**EFFECTIVENESS:**

**Prevention of Acute Vomiting (CERENIA Tablets)**

In laboratory model studies, CERENIA Tablets dosed at a minimum of 2 mg/kg BW reduced the number of emetic events associated with established neural (central) and humoral (peripheral) stimuli. Following administration of apomorphine (central emetic stimuli), vomiting was observed in 33% (4 of 12) of Beagle dogs treated with CERENIA Tablets and 100% (12 of 12) of Beagle dogs treated with placebo tablets. Following administration of syrup of ipecac (peripheral emetic stimuli) vomiting was observed in 33% (4 of 12) of Beagle dogs treated with CERENIA Tablets and in 83% (10 of 12) of Beagle dogs treated with placebo tablets.

In a study of 275 canine patients presented to veterinary hospitals with a history of acute vomiting, dogs were initially administered CERENIA Injectable Solution or placebo on Day 0. Following the initial dose, dogs allocated to the CERENIA group were treated with either CERENIA Tablets at a minimum of 2 mg/kg orally or Injectable Solution at 1 mg/kg subcutaneously once daily at the discretion of the clinician. Dogs allocated to the placebo group were treated using either an injectable placebo solution or placebo tablets once daily at the discretion of the clinician. Of the 199 dogs included in the analysis for effectiveness, 27 of 54 dogs (50%) in the placebo group displayed vomiting at some time during the study and 31 of 145 dogs (21.4%) in the treated group displayed vomiting during the study period.

**Percent Of Vomiting For Each Study Day, Based Upon Treatment And Route Of Administration.**

| Days | Treatment | Route | # dogs | # vomited | % vomited |
|---|---|---|---|---|---|
| Day 0 | Placebo (54) | SC | 54 | 15 | 28% |
| | CERENIA (145) | SC | 145 (143*) | 14 | 10% |
| Day 1 | Placebo (45) | PO | 22 | 3 | 14% |
| | | SC | 23 | 16 | 70% |
| | CERENIA (108) | PO | 67 | 2 | 3% |
| | | SC | 41 | 16 | 39% |
| Day 2 | Placebo (16) | PO | 7 | 2 | 29% |
| | | SC | 9 | 6 | 67% |
| | CERENIA (37) | PO | 24 | 0 | 0% |
| | | SC | 13 | 8 | 62% |
| Day 3 | Placebo (6) | PO | 2 | 0 | 0% |
| | | SC | 4 | 1 | 25% |
| | CERENIA (21) | PO | 14 | 0 | 0% |
| | | SC | 7 | 5 | 71% |
| Day 4 | Placebo (2) | PO | 1 | 0 | 0% |
| | | SC | 1 | 1 | 100% |
| | CERENIA (7) | PO | 5 | 0 | 0% |
| | | SC | 2 | 1 | 50% |
| Day 5 | CERENIA (1) | SC | 1 | 0 | 0% |

*2 dogs administered CERENIA were not observed on Day 0. Their vomiting status was unknown. 143 was used in the denominator for % vomited.

In US field studies in veterinary patients, CERENIA Tablets and Injectable Solution were well tolerated in dogs presenting with various conditions including parvovirus, gastroenteritis, and renal disease. There were no notable differences in mean laboratory values between CERENIA-treated and placebo-treated patients.

CERENIA Tablets were used safely in dogs receiving other frequently used veterinary products such as fluid and electrolyte replacement solutions, antimicrobial agents, vaccines, antacids, and antiparasitic agents.

**Prevention of Vomiting due to Motion Sickness (CERENIA Tablets)**

In a study of canine veterinary patients taken on a one-hour car journey and treated with either CERENIA Tablets at a minimum dose of 8 mg/kg BW or placebo tablets 2 hours prior to the journey, 67 of 122 (55%) of dogs vomited during the journey when treated with placebo while 8 of 122 (7%) vomited during the journey after treatment with CERENIA Tablets. The probability that a dog in this study, prone to motion sickness would NOT vomit during a journey if treated with CERENIA Tablets was 93%, while the probability was 48% if treated with placebo.

**CERENIA INJECTABLE:**

**DOGS:**

In laboratory model studies, CERENIA Injectable Solution administered subcutaneously at 1 mg/kg in Beagle dogs reduced the number of emetic events associated with established neural (central) and humoral (peripheral) stimuli. Following administration of apomorphine (central emetic stimuli), vomiting was observed in 16.7% (2 of 12) of dogs treated with CERENIA Injectable Solution and 83.3% (10 of 12) of placebo-treated dogs. Following administration of syrup of ipecac (peripheral emetic stimuli) vomiting was observed in 25% (3 of 12) of dogs treated with CERENIA Injectable Solution and in 100% (12 of 12) of dogs treated with placebo.

In a study of veterinary cancer patients, dogs were treated with CERENIA Injectable Solution or placebo either 1 hour prior to cisplatin (prevention) or after the first vomiting episode following cisplatin (treatment) and monitored for 5 hours. In the groups evaluated for prevention of vomiting, 94.9% (37/39) of the dogs administered CERENIA Injectable Solution and 4.9% (2/41) of the dogs administered placebo did not vomit. In the groups evaluated for treatment, 21% (8/38) of the dogs administered CERENIA Injectable Solution and 5.1% (2/39) of the dogs administered placebo had no further episodes of vomiting following treatment.

**Frequency Distribution of Number of Vomiting Episodes**
For Treatment: Number of Vomiting Episodes Post Injection.
For Prevention: Total Number of Vomiting Episodes.

| Number of Vomiting Episodes | Dogs with Vomiting Episodes* (% of Dogs) | | | |
|---|---|---|---|---|
| | Treatment of Vomiting | | Prevention of Vomiting | |
| | Placebo (n=39**) | CERENIA (n=38**) | Placebo (n=41) | CERENIA (n=39) |
| 0 | 2 (5.1) | 8 (21.1) | 2 (4.9) | 37 (94.9) |
| 1 | 3 (7.7) | 7 (18.4) | 2 (4.9) | 1 (2.6) |
| 2 | 4 (10.3) | 6 (15.8) | 3 (7.3) | 1 (2.6) |
| 3 | 3 (7.7) | 6 (15.8) | 4 (9.8) | 0 (0) |
| 4 | 4 (10.3) | 4 (10.5) | 3 (7.3) | 0 (0) |
| 5 | 2 (5.1) | 5 (13.2) | 4 (9.8) | 0 (0) |
| 6 | 14 (35.9) | 1 (2.6) | 1 (2.4) | 0 (0) |
| 7 | 2 (5.1) | 1 (2.6) | 12 (29.3) | 0 (0) |
| 8 | 2 (5.1) | 0 (0) | 5 (12.2) | 0 (0) |
| 9 | 2 (5.1) | 0 (0) | 2 (4.9) | 0 (0) |
| 10 | 0 (0) | 0 (0) | 2 (4.9) | 0 (0) |
| 11 | 1 (2.6) | 0 (0) | 0 (0) | 0 (0) |
| 12 | NA | NA | 1 (2.4) | 0 (0) |

*Dogs that exhibited an unacceptable level of vomiting (6 events) were withdrawn from the study and treated with another antiemetic.
**There were initially 41 and 42 dogs treated with either placebo or CERENIA Injectable Solution, respectively. However, if a dog did not vomit following cisplatin therapy, it did not receive a post-cisplatin treatment with either placebo or CERENIA Injectable Solution, and hence it was not considered in the therapeutic evaluation.

In a study of 275 canine patients presented to veterinary hospitals with a history of acute vomiting, dogs were initially administered CERENIA or placebo on Day 0. Following the initial dose, dogs allocated to the CERENIA group were treated with either CERENIA Tablets at a minimum of 2 mg/kg orally or Injectable Solution at 1 mg/kg subcutaneously once daily at the discretion of the clinician. Dogs allocated to the placebo group were treated using either an injectable placebo solution or placebo tablets once daily at the discretion of the clinician. Of the 199 dogs included in the analysis for effectiveness, 27 of 54 dogs (50%) in the placebo group displayed vomiting at some time during the study and 31 of 145 dogs (21.4%) in the CERENIA-treated group displayed vomiting during the study period.

**Percent of Vomiting for Each Study Day, Based Upon Treatment and Route of Administration.**

| Days | Treatment | Route | # dogs | # vomited | % vomited |
|---|---|---|---|---|---|
| Day 0 | Placebo (54) | SC | 54 | 15 | 28% |
| | CERENIA (145) | SC | 145 (143*) | 14 | 10% |
| Day 1 | Placebo (45) | PO | 22 | 3 | 14% |
| | | SC | 23 | 16 | 70% |
| | CERENIA (108) | PO | 67 | 2 | 3% |
| | | SC | 41 | 16 | 39% |
| Day 2 | Placebo (16) | PO | 7 | 2 | 29% |
| | | SC | 9 | 6 | 67% |
| | CERENIA (37) | PO | 24 | 0 | 0% |
| | | SC | 13 | 8 | 62% |
| Day 3 | Placebo (6) | PO | 2 | 0 | 0% |
| | | SC | 4 | 1 | 25% |
| | CERENIA (21) | PO | 14 | 0 | 0% |
| | | SC | 7 | 5 | 71% |
| Day 4 | Placebo (2) | PO | 1 | 0 | 0% |
| | | SC | 1 | 1 | 100% |
| | CERENIA (7) | PO | 5 | 0 | 0% |
| | | SC | 2 | 1 | 50% |
| Day 5 | CERENIA (1) | SC | 1 | 0 | 0% |

*2 dogs administered CERENIA were not observed on Day 0. Their vomiting status was unknown. 143 was used in the denominator for % vomited.

In US field studies in veterinary patients, CERENIA Injectable Solution and Tablets were well tolerated in dogs presenting with various clinical conditions including parvovirus, gastroenteritis, and renal disease. There were no notable differences in mean laboratory values between CERENIA-treated and placebo-treated patients.

CERENIA Injectable Solution was used safely in dogs receiving other frequently used veterinary products such as fluid and electrolyte replacement solutions, antimicrobial agents, vaccines, antacids, and antiparasitic agents.

In a laboratory study, thirty-one dogs were subcutaneously administered CERENIA Injectable Solution or saline, at 1 mL/10 kg body weight, 45 minutes prior to administration of an opioid analgesic. Following administration of the opioid analgesic, none of the CERENIA Injectable Solution treated dogs vomited and 93.8% (15/16) of placebo-treated dogs vomited.

The effectiveness of CERENIA administered at 1 mg/kg IV was demonstrated by bridging the results of a PK study to clinical data supporting effectiveness of 1 mg/kg administered SC. The IV and SC administration of a single dose of 1 mg/kg maropitant are equivalent, based on the bioequivalence of the IV and SC AUC$_{last}$ and justification for the therapeutic equivalence of the IV and SC C$_{max}$.

**CATS:**
In a field study, 195 cats were presented to veterinary hospitals with a history of vomiting associated with various clinical conditions including gastroenteritis, gastritis, pancreatitis, inflammatory bowel disease, neoplasia, and hepatic lipidosis. Cats were treated with CERENIA Injectable Solution or placebo (in a ratio of 2:1) and observed in the veterinary hospital for 24 hours for the presence of an emetic event(s) defined as the observation of the act of vomiting or the presence of vomitus. Cats could continue antiemetic treatment every 24 hours for up to 5 consecutive days at the discretion of the clinician. Of 165 cats included in the analysis for effectiveness, 2 CERENIA Injectable Solution treated cats (1.8%) vomited 1 time each and 10 placebo-treated cats (18.5%) vomited a total of 15 times in the first 24 hours post treatment.

**Percent of Cats Vomiting for Each Study Day by Treatment**

| Study Day | Treatment | # cats | # vomited | % vomited |
|---|---|---|---|---|
| Day 0 | Placebo | 54 | 10 | 18.5 |
| | CERENIA | 111 | 2 | 1.8 |
| Day 1 | Placebo | 20 | 4 | 20.0 |
| | CERENIA | 34 | 1 | 2.9 |
| Day 2 | Placebo | 9 | 2 | 22.2 |
| | CERENIA | 8 | 0 | 0.0 |
| Day 3 | Placebo | 5 | 0 | 0.0 |
| | CERENIA | 5 | 0 | 0.0 |
| Day 4 | Placebo | 3 | 0 | 0.0 |
| | CERENIA | 1 | 0 | 0.0 |

The effectiveness of CERENIA administered at 1 mg/kg IV was demonstrated by bridging the results of a PK study to clinical data supporting effectiveness of 1 mg/kg administered SC. The IV and SC administration of a single dose of 1 mg/kg maropitant are equivalent, based on the bioequivalence of the IV and SC AUC$_{last}$ and justification for the therapeutic equivalence of the IV and SC C$_{max}$.

**ANIMAL SAFETY:** Laboratory and field studies have demonstrated that CERENIA Tablets are well tolerated in dogs after oral administration.

**Target Animal Safety Study for Acute Vomiting (CERENIA Tablets)**
Fifty six Beagle dogs (28 males and 28 females) approximately 16 weeks of age were administered CERENIA Tablets orally once daily for 15 days at 0, 2, 6, and 10 mg/kg. There were 8 dogs (4 males and 4 females) in the 2 mg/kg group and 16 dogs (8 males and 8 females) in all other groups. CERENIA Tablets caused decreases in food consumption and body weight that were not dose-dependent and did not persist after cessation of treatment.

Beagle dogs approximately 6 weeks of age were administered CERENIA Tablets orally once daily for 15 days at 0, 2, 6, and 10 mg/kg using a protocol similar to the previous study. A dose dependent increase in severity of bone marrow hypoplasia was observed histologically. Interpretation of these study results is complicated by the health status of study animals. Dogs used in the study were weaned early, minimally acclimated to the test facility, many of the dogs in the study tested positive for coccidia and some tested positive for canine parvovirus.

Beagle dogs approximately 10 weeks of age were administered either placebo tablets for 2 days, CERENIA Tablets at 8 mg/kg for 2 days, placebo (saline) subcutaneously (SC) for 5 days, CERENIA Injectable Solution at 1 mg/kg SC for 5 days, or CERENIA Tablets at 2 mg/kg for 5 days (8 dogs in each dose group). Mild pain associated with injection was noted in more dogs and lasted longer in dogs that received maropitant injections compared to saline. Males administered CERENIA at 8 mg/kg orally for 2 days had a decrease in food consumption. Body weight and food consumption were variable throughout the 4 week acclimation period. Two dogs that received 8 mg/kg maropitant orally for 2 days were below the reference range for reticulocyte counts. Decreases in reticulocyte counts were also seen in 4 (of 8) placebo treated dogs (SC saline for 5 days). Hypocellular femoral bone marrow described as "minimal" was seen in 1 male that received 1 mg/kg maropitant SC for 5 days; reticulocyte counts were not available for this dog.

Twenty four Beagle dogs (12 males and 12 females) 7 months of age were administered maropitant at doses of 0, 1, 5, and 20 mg/kg orally once daily for 93 consecutive days. Maropitant produced sporadic clinical signs (salivation, emesis), body weight loss, and lower serum albumin levels at 20 mg/kg/day.

Maropitant increased P-R interval, P wave duration, and QRS amplitude in the 20 mg/kg /day dose group.

One female in the 20 mg/kg/day group had increased cellularity of the bone marrow. This female was noted to have lower mean red cell parameters (red blood cell count, hemoglobin, hematocrit) and higher platelet counts and reticulocytes.

**Target Animal Safety Study for Motion Sickness (CERENIA Tablets)**
Forty Beagle dogs (20 males and 20 females) between 16 – 18 weeks of age were administered CERENIA Tablets orally once daily for 6 days at 0, 8 and 24 mg/kg. There were 16 dogs (8 males and 8 females) in the 0 and 24 mg/kg groups and 8 dogs (4 males and 4 females) in the 8 mg/kg group. At 24 mg/kg, CERENIA Tablets caused decreases in food consumption, with decreases in body weight, liver and testis weight; and an increase in RBC count indicating hemoconcentration, but the effects on feed consumption, body weight, and RBCs did not persist in the post-treatment recovery period (beyond Day 5).

Beagle dogs approximately 8 weeks of age were administered CERENIA Tablets orally once daily for 6 days at 0, 8, and 24 mg/kg using a protocol similar to the previous study. One dog in the 24 mg/kg/day group died of unknown causes on study day 2 and a dose dependent increase in occurrence and severity of bone marrow hypoplasia and lymphoid depletion was observed histologically. Interpretation of these study results is complicated by the health status of study animals. Dogs used in the study were weaned early, minimally acclimated to the test facility, and many of the dogs in the study tested positive for coccidia. Additionally, some dogs in the study tested positive for canine parvovirus, however, clinical parvoviral disease was not definitively diagnosed.

**Tolerance Studies (CERENIA Tablets)**
Twenty four Beagle dogs (14 males and 10 females) between 11 and 25 weeks of age were administered CERENIA Tablets in 2 phases with 8 dogs per group. In the first phase the dogs were administered 0, 20 or 30 mg/kg orally once daily for 7 days and in the second phase 0, 40, or 50 mg/kg once daily for 7 days. CERENIA Tablets administered at 20 and 30 mg/kg caused occasional vomiting. CERENIA Tablets administered at 40 mg/kg and 50 mg/kg caused clinically relevant signs of weight loss, vomiting, soft stools, weakness, lethargy, salivation and hypokalemia. Additionally, leukopenia characterized by a neutropenia and a trend toward decreasing plasma phosphorus values was seen. Decreased heart rate and prolonged corrected QT intervals were seen in all treatment groups in a dose dependent manner.

Twenty-four Beagle dogs (12 males and 12 females) approximately 28 weeks of age were administered maropitant (mesylate salt) orally once daily for 90 days at 0, 1, 5, and 20 mg/kg. End of study body weights in the 20 mg/kg group were 8-15% lower than baseline body weights.

**DOGS (CERENIA Injectable):**
Laboratory and field studies have demonstrated that CERENIA Injectable Solution is well tolerated in dogs after subcutaneous administration.

Fifty six Beagle dogs (28 males and 28 females) approximately 16 weeks of age were administered CERENIA Injectable Solution subcutaneously once daily for 15 days at 0, 1, 3, and 5 mg/kg. There were 8 dogs (4 males and 4 females) in the 1 mg/kg group and 16 dogs (8 males and 8 females) in all other groups. The primary treatment-related findings were injection site reactions. Swelling, thickened skin, or pain at one or more of the injection sites on one or more days of the study were observed in 6 of 16 animals treated with 3 mg/kg/day and 5 of 16 animals treated with 5 mg/kg/day. Additionally, the activated partial thromboplastin time (APTT) was prolonged (67.5 seconds, reference range 9-15 seconds) in one male dog in the 1 mg/kg group on study day 15. Relationship of the prolonged APTT to drug administration could not be determined.

Beagle dogs approximately 8 weeks of age were administered CERENIA Injectable Solution subcutaneously once daily for 15 days at 0, 1, 3, and 5 mg/kg using a protocol similar to the previous study. A dose dependent increase in frequency and severity of bone marrow hypoplasia was observed histologically. One placebo-treated dog died on day 14 of the study and was diagnosed with suppurative pancreatitis and esophagitis. Interpretation of the study results is complicated by the health status of study animals. Dogs used in the study were weaned early, minimally acclimated to the test facility, and many of the dogs in the study tested positive for coccidia.

Beagle dogs approximately 10 weeks of age were administered either placebo tablets for 2 days, CERENIA Tablets at 8 mg/kg for 2 days, placebo (saline) subcutaneously (SC) for 5 days, CERENIA Injectable Solution at 1 mg/kg SC for 5 days, or CERENIA Tablets at 2 mg/kg for 5 days (8 dogs in each dose group). Mild pain associated with injection was noted in more dogs and lasted longer in dogs that received maropitant injections compared to saline. Males administered CERENIA Tablets at 8 mg/kg orally for 2 days had a decrease in food consumption. Body weight and food consumption were variable throughout the 4 week acclimatization period. Two dogs that received 8 mg/kg maropitant orally for 2 days were below the reference range for reticulocyte counts. Decreases in reticulocyte counts were also seen in 4 (of 8) placebo treated dogs (SC saline for 5 days). Hypocellular femoral bone marrow described as "minimal" was seen in 1 male that received 1 mg/kg maropitant SC for 5 days; reticulocyte counts were not available for this dog.

Twenty-four Beagle dogs approximately 16 weeks of age were administered CERENIA Injectable Solution intravenously once daily for 5 days at 0, 1, and 3 mg/kg (4 females and 4 males per group). CERENIA Injectable Solution was administered at room temperature over 1-2 minutes. Reaction to injection was not specifically recorded. One male dog in the 1 mg/kg group had low hematocrit and white blood cell count on study day 5. One female dog in the 3 mg/kg group had an increased fibrinogen on study day 5. There were no other clinically relevant findings during the study, at necropsy or in histopathology.

**CATS (CERENIA Injectable):**
Thirty-two domestic short hair cats (16 males and 16 females) approximately 16 weeks of age were administered CERENIA Injectable Solution subcutaneously once daily for 15 days at 0, 1, 3, and 5 mg/kg. There were 8 cats (4 males and 4 females) in each group. Treatment-related, dose dependent findings included pain associated with injection of CERENIA Injectable Solution and injection site heat, pain, redness, and firmness. Pain on injection was observed in 5% of cats at 0 mg/kg, 50% of cats at 1 mg/kg, and 75% of cats at 3 and 5 mg/kg. Injection site firmness >10 mm in diameter was observed at one or more of the injection sites, on one or more days of the study, in 1 of 8 cats at 1 mg/kg, 7 of 8 cats at 3 mg/kg, and 7 of 8 cats at 5 mg/kg. There was a statistically significant reduction (p=0.0171) in food intake at 5 mg/kg compared to cats at 0 mg/kg. One cat at 5 mg/kg was lethargic on Days 12, 13, and 14 of the study. Increased skin turgor was observed in 1 cat at 3 mg/kg on Days 10 and 11, 1 cat at 3 mg/kg on Day 12, and 1 cat at 5 mg/kg on Day 12. At gross necropsy, there were no treatment-related findings. Histopathologic evaluation of injection sites revealed a dose dependent inflammatory response.

Twenty-four healthy domestic shorthair cats (12 males and 12 females) approximately 16 weeks of age were administered maropitant at 1 or 3 mg/kg, or saline at 0.1 mL/kg intravenously once daily for 5 days. CERENIA Injectable Solution was administered at room temperature over 1-2 minutes. Reaction to injection was not specifically recorded, but one cat experienced discomfort with accidental extravascular administration. There were no clinically relevant findings during the study, at necropsy or in histopathology.

**STORAGE CONDITIONS:**
CERENIA Tablets should be stored at controlled room temperature 20°–25°C (68°–77°F) with excursions between 15°–30°C (59°–86°F).

CERENIA Injectable Solution should be stored at or below 30°C (86°F), with excursions permitted up to 40°C (104°F). After first vial puncture, CERENIA Injectable Solution should be stored at refrigerated temperature 2-8°C (36-46°F). Use within 90 days of first vial puncture. Stopper may be punctured a maximum of 25 times.

**HOW SUPPLIED:**
CERENIA peach-colored tablets are scored with a break line, and contain 16, 24, 60 or 160 mg of maropitant as maropitant citrate per tablet. Each tablet is marked with "MPT" and the tablet strength.

Each tablet size is available in the following strengths and are supplied in blister packs containing 4 tablets:
16 mg contains 10 blisters per carton (40 tablets)
24 mg contains 10 blisters per carton (40 tablets)
60 mg contains 10 blisters per carton (40 tablets)
160 mg contains 5 blisters per carton (20 tablets)

CERENIA Injectable Solution is supplied in 20 mL amber glass vials. Each mL contains 10 mg of maropitant as maropitant citrate.

Approved by FDA under NADA # 141-262
Approved by FDA under NADA # 141-263

**zoetis**

Distributed by:
Zoetis Inc.
Kalamazoo MI 49007

Based on Cerenia Tablets PI
8840540, Revised January 2022; and
Cerenia Injectable Solution PI
40025587, Revised April 2020

8840540/40025587A&P